**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
**MDL-\_\_- IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE)**
**PRODUCTS LIABILITY LITIGATION**

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge | Plaintiff Counsel |
|---|---|---|---|---|
| **Plaintiff:** Kristina Schmidt <br><br> **Defendants:** Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs.; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | N.D. California (San Francisco Division) | 3:24-cv-06875-VC | Hon. Vince Chhabria, U.S.D.J. | Ellen Relkin <br> **Weitz & Luxenberg, P.C.** <br> 700 Broadway <br> New York, NY 10003 <br> P: (212) 558-5500 <br> F: (646) 293-4942 <br> erelkin@weitzlux.com |
| **Plaintiffs:** Lesley Noble and Justin Noble <br><br> **Defendants:** Pfizer Inc. and Pharmacia & Upjohn Co. LLC | S.D. Indiana (Indianapolis Division) | 1:24-cv-01831-RLY-MKK | Hon. Richard L. Young, U.S.D.J. <br><br> Hon. M. Kendra Klump, U.S.M.J. | Andrea Lynn Ciobanu <br> **Ciobanu Law, P.C.** <br> 902 E. 66th Street <br> Indianapolis, IN 46220 <br> P: (317) 495-1090 <br> F: (866) 841-2071 <br> aciobanu@ciobanulaw.com |
| **Plaintiff:** Ajanna Lawson <br><br> **Defendants:** Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs.; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | N.D. California (San Francisco Division) | 3:24-cv-07303-DMR | Hon. Donna M. Ryu, U.S.M.J. | Ellen Relkin <br> **Weitz & Luxenberg, P.C.** <br> 700 Broadway <br> New York, NY 10003 <br> P: (212) 558-5500 <br> F: (646) 293-4942 <br> erelkin@weitzlux.com |
| **Plaintiff:** Monique Jones <br><br> **Defendants:** Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs.; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | C.D. California (Western Division – Los Angeles) | 2:24-cv-09195-JLS-AGR | Hon. Josephine L. Staton, U.S.D.J. <br><br> Hon. Alicia G. Rosenberg, U.S.M.J. | Ellen Relkin <br> **Weitz & Luxenberg, P.C.** <br> 700 Broadway <br> New York, NY 10003 <br> P: (212) 558-5500 <br> F: (646) 293-4942 <br> erelkin@weitzlux.com |

| Case Captions | Court | Civil Action No. | Judge | Plaintiff Counsel |
|---|---|---|---|---|
| **Plaintiff**: Kathleen Fazio<br><br>**Defendants:** Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs.; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | C.D. California (Eastern Division – Riverside) | 5:24-cv-02285-JLS-AGR | Hon. Josephine L. Staton, U.S.D.J.<br><br>Hon. Alicia G. Rosenberg, U.S.M.J. | Thomas R. Anapol<br>**Anapol Weiss**<br>130 North 18th Street, Suite 1600<br>Philadelphia, PA 19103<br>P: (215) 790-4572<br>F: (215) 875-7707<br>tanapol@anapolweiss.com |
| **Plaintiff:** Taylor Devorak<br><br>**Defendants:** Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs.; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | C.D. California (Eastern Division – Riverside) | 5:24-cv-02349-JGB-SP | Hon. Jesus G. Bernal, U.S.D.J.<br><br>Hon. Sheri Pyn, U.S.M.J. | Ellen Relkin<br>**Weitz & Luxenberg, P.C.**<br>700 Broadway<br>New York, NY 10003<br>P: (212) 558-5500<br>F: (646) 293-4942<br>erelkin@weitzlux.com |
| **Plaintiff:** Mayra Valencia<br><br>**Defendants:** Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs.; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | E.D. California (Fresno Division) | 1:24-cv-01346-HBK | Hon. Helena M. Barch-Kuchta, U.S.M.J. | Ashleigh Raso<br>**Nigh Goldenberg Raso & Vaughn**<br>14 Ridge Square NW<br>Third Floor<br>Washington, DC 20016<br>P: (612) 656-8002<br>F: (202) 792-7927<br>araso@nighgoldenberg.com |
| **Plaintiff:** Huyen Nguyen<br><br>**Defendants:** Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs.; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | N.D. California (San Jose Division) | 5:24-cv-07699-SVK | Hon. Susan van Keulen, U.S.M.J. | Ellen Relkin<br>**Weitz & Luxenberg, P.C.**<br>700 Broadway<br>New York, NY 10003<br>P: (212) 558-5500<br>F: (646) 293-4942<br>erelkin@weitzlux.com |
| **Plaintiff:** LaTosha White<br><br>**Defendants:** Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, | C.D. California (Eastern Division – Riverside) | 5:24-cv-02379-KK-DTB | Hon. Kenly Kiya Kato, U.S.D.J. | Thomas R. Anapol<br>**Anapol Weiss**<br>130 North 18th Street, Suite 1600<br>Philadelphia, PA 19103<br>P: (215) 790-4572 |

| Case Captions | Court | Civil Action No. | Judge | Plaintiff Counsel |
|---|---|---|---|---|
| LLC d/b/a Prasco Labs.; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | | | Hon. David T. Bristow, U.S.M.J. | F: (215) 875-7707 tanapol@anapolweiss.com |
| **Plaintiffs:** Stacey Williams and Carey J. Williams<br><br>**Defendants:** Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs.; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | C.D. California (Southern Division – Santa Ana) | 8:24-cv-02457-JLS-AGR | Hon. Josephine L. Staton, U.S.D.J.<br><br>Hon. Alicia G. Rosenberg, U.S.M.J. | Ellen Relkin **Weitz & Luxenberg, P.C.** 700 Broadway New York, NY 10003 P: (212) 558-5500 F: (646) 293-4942 erelkin@weitzlux.com |
| **Plaintiff:** Michelle Rowland<br><br>**Defendants:** Pfizer Inc.; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | W.D. Missouri (Springfield Division) | 6:24-cv-03316-BCW | Hon. Brian C. Wimes, U.S.D.J. | Thomas P. Cartmell **Wagstaff & Cartmell** 4740 Grand Avenue Suite 300 Kansas City, MO 64112 P: (816) 701-1100 F: (816) 531-2372 tcartmell@wcllp.com |
| **Plaintiffs:** Tina Stephens-Smith and Harold Albert Smith III<br><br>**Defendants:** Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs.; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | D. Nevada (Las Vegas Division) | 2:24-cv-02123-CDS-BNW | Hon. Cristina D. Silva, U.S.D.J.<br><br>Hon. Brenda Weksler, U.S.M.J. | Joel D. Henriod **Eglet Adams Eglet Ham Henriod** 400 S. 7th Street, 4th Floor Las Vegas, NV 89101 P: 702-450-5400 F: 702-450-5451 jhenriod@egletlaw.com |
| **Plaintiff:** Tanya Edgerton<br><br>**Defendants:** Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs.; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | S.D. California (San Diego Division) | 3:24-cv-02167-LL-KSC | Hon. Linda Lopez, U.S.D.J.<br><br>Hon. Karen S. Crawford, U.S.M.J. | Ellen Relkin **Weitz & Luxenberg, P.C.** 700 Broadway New York, NY 10003 P: (212) 558-5500 F: (646) 293-4942 erelkin@weitzlux.com |

| Case Captions | Court | Civil Action No. | Judge | Plaintiff Counsel |
|---|---|---|---|---|
| **Plaintiffs:**<br>Latriece Love Goodlett and David Foster Goodlett<br><br>**Defendants:**<br>Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs.; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | N.D. California (Oakland Division) | 4:24-cv-08223-KAW | Hon. Kandis A. Westmore, U.S.M.J. | Ellen Relkin<br>**Weitz & Luxenberg, P.C.**<br>700 Broadway<br>New York, NY 10003<br>P: (212) 558-5500<br>F: (646) 293-4942<br>erelkin@weitzlux.com |
| **Plaintiff:**<br>Debra Morrow<br><br>**Defendants:**<br>Pfizer Inc.; Viatris Inc.; Greenstone LLC; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | C.D. California (Western Division – Los Angeles) | 2:24-cv-10060-SB-MAR | Hon. Stanley Blumenfeld, Jr., U.S.D.J.<br><br>Hon. Margo A. Rocconi, U.S.M.J. | Ellen Relkin<br>**Weitz & Luxenberg, P.C.**<br>700 Broadway<br>New York, NY 10003<br>P: (212) 558-5500<br>F: (646) 293-4942<br>erelkin@weitzlux.com |
| **Plaintiff:**<br>Kelly Wright<br><br>**Defendants:**<br>Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs.; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | D. Massachusetts (Springfield Division) | 3:24-cv-30145 | n/a | Robert T. Naumes, Jr.<br>**The Law Office of Jeffrey S. Glassman**<br>18th Floor<br>One International Place<br>Boston, MA 02110<br>P: (617) 367-2900<br>Fax: (617) 722-9999<br>bnaumes@jeffreysglassman.com |
| **Plaintiff:**<br>Laurie Light<br><br>**Defendants:**<br>Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs.; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | E.D. California (Sacramento Division) | 2:24-cv-03254-DC-DMC | Hon. Dena M. Coggins, U.S.D.J.<br><br>Hon. Dennis M. Cota, U.S.M.J. | Michael A. Akselrud<br>**Lanier Law Firm**<br>2829 Townsgate Rd.<br>Suite 100<br>Westlake Village, CA 91361<br>P: (310) 760-1228<br>michael.akselrud@lanierlawfirm.com |
| **Plaintiff:**<br>Kimberly Franzi<br><br>**Defendants:**<br>Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, | N.D. California (San Francisco Division) | 3:24-cv-08372 | n/a | Kiley Lynn Grombacher<br>**Bradley Grombacher, LLP**<br>31365 Oak Crest Drive, Suite 240<br>Westlake Village, CA 91361<br>P: (805) 270-7100 |

| Case Captions | Court | Civil Action No. | Judge | Plaintiff Counsel |
|---|---|---|---|---|
| LLC d/b/a Prasco Labs.; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | | | | F: (805) 618-2939 kgrombacher@bradleygrombacher.com |
| **Plaintiffs:** Rachel Valera-Arceo and Fredi Valera-Arceo  **Defendants:** Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs.; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | N.D. California (San Francisco Division) | 3:24-cv-08312-TSH | Hon. Thomas S. Hixson, U.S.M.J. | Tracy Ann Finken **Anapol Weiss** One Logan Square 130 N. 18th Street, Suite 1600 Philadelphia, PA 19103 P: (215) 735-1130 F: (215) 875-7731 tfinken@anapolweiss.com |
| **Plaintiff:** Jacqueline R. Romine  **Defendants:** Pfizer Inc.; Viatris Inc.; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | E.D. California (Fresno Division) | 1:24-at-00958-KES-CDB | Hon. Kirk E. Sherriff, U.S.D.J.  Hon. Christopher D. Baker, U.S.M.J. | Thomas Christopher Pinedo Hilliard Law 719 S Shoreline Blvd Corpus Christi, TX 78401 P: (361) 244-2278 F: (361) 882-3015 cpinedo@hilliard-law.com |
| **Plaintiff:** Monet Joseph  **Defendants:** Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs.; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | C.D. California (Western Division – Los Angeles) | 2:24-cv-10173-FMO-AS | Hon. Fernando M. Olguin, U.S.D.J.  Hon. Alka Sagar, U.S.M.J. | Ashleigh Raso **Nigh Goldenberg Raso & Vaughn** 14 Ridge Square NW Third Floor Washington, DC 20016 P: (612) 656-8002 F: (202) 792-7927 araso@nighgoldenberg.com |
| **Plaintiff:** Alicia Wilson  **Defendants:** Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs.; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | C.D. California (Eastern Division – Riverside) | 5:24-cv-02524 | n/a | Christopher G. Paulos **Levin Papantonio Thomas Mitchell Rafferty and Proctor PA** 316 South Baylen Street Pensacola, FL 32502 850-435-7142 Fax: 850-436-6142 cpaulos@levinlaw.com |