BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: DEPO-PROVERA (DEPOT
MEDROXYPROGESTERONE ACETATE)
PRODUCTS LIABILITY LITIGATION

MDL No. _____

**PROOF OF SERVICE**

I hereby certify that copies of the foregoing Motion to Transfer, Brief, Schedule of Actions, and this Certificate of Service were served by Email and Regular Mail on November 26, 2024 to the following:

Clerk of Court
**Central District of California**
**Eastern Division – Riverside**
George E. Brown, Jr. Federal Building
and U.S. Courthouse
3470 Twelfth Street
Riverside, CA 92501

Clerk of Court
**Eastern District of California**
**Fresno Division**
Robert E. Coyle Federal Building
and U.S. Courthouse
2500 Tulare Street
Fresno, CA 93721

Clerk of Court
**Central District of California**
**Southern Division – Santa Ana**
Ronald Reagan Federal Building
and U.S. Courthouse
411 West 4th Street
Santa Ana, CA 92701

Clerk of Court
**Eastern District of California**
**Sacramento Division**
Robert T. Matsui Federal Building
and U.S. Courthouse
501 I Street
Sacramento, CA 95814

Clerk of Court
**Central District of California**
**Western Division – Los Angeles**
Edward R. Roybal Federal Building
and U.S. Courthouse
255 East Temple Street
Los Angeles, CA 90012

Clerk of Court
**Northern District of California**
**Oakland Division**
Ronald V. Dellums Federal Building
and U.S. Courthouse
1301 Clay Street
Oakland, CA 94612

Clerk of Court
**Northern District of California**
**San Francisco Division**
Philip Burton Federal Building
and U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Clerk of Court
**Northern District of California**
**San Jose Division**
Robert F. Peckham Federal Building
and U.S. Courthouse
280 South 1st Street
San Jose, CA 95113

Clerk of Court
**Southern District of California**
**San Diego Division**
James M. Carter & Judith N. Keep
Federal Building and U.S. Courthouse
333 West Broadway
San Diego, CA 92101

Clerk of Court
**Southern District of Indiana**
**Indianapolis Division**
Birch Bayh Federal Building
and U.S. Courthouse
46 E Ohio St
Indianapolis, Indiana 46204

Clerk of Court
**District of Massachusetts**
**Springfield Division**
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Clerk of Court
**Western District of Missouri**
**Springfield Division**
U.S. Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65806

Clerk of Court
**District of Nevada**
**Las Vegas Division**
Lloyd D. George Federal Building
and U.S. Courthouse
333 Las Vegas Boulevard South
Las Vegas, NV 89101

*Kristina Schmidt v. Pfizer Inc., et al.,* **N.D. California, C.A. No. 3:24-cv-06875-VC**

**Served Via Regular Mail**
Pfizer Inc.
The Spiral
66 Hudson Boulevard East
New York, NY 10001

Viatris Inc.
1000 Mylan Boulevard
Canonsburg, PA 15317

Greenstone LLC
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

Prasco, LLC d/b/a Prasco Labs.
6125 Commerce Court
Mason, OH 45040

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia LLC
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

---

*Lesley Noble et al v. Pfizer Inc., et al.*, **S.D. Indiana, C.A. No. 1:24-cv-01831-RLY-MKK**

| **Served via E-mail** | **Served via E-mail** |
|---|---|
| Andrea Lynn Ciobanu, Esq. | Katherine D. Althoff, Esq. |
| Ciobanu Law, P.C. | McCarter & English, LLP |
| 902 E. 66th Street | 10 E. Main Street |
| Indianapolis, IN 46220 | Ste 200 |
| P: (317) 495-1090 | Carmel, IN 46032 |
| F: (866) 841-2071 | 317-810-5493 |
| aciobanu@ciobanulaw.com | kalthoff@mccarter.com |
| **Counsel for Plaintiffs: Lesley Noble, Justin Noble** | **Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC** |

*Ajanna Lawson v. Pfizer Inc., et al.,* **N.D. California, C.A. No.: 3:24-cv-07303-VC**

**Served Via Regular Mail**
Pfizer Inc.
The Spiral
66 Hudson Boulevard East
New York, NY 10001

Viatris Inc.
1000 Mylan Boulevard
Canonsburg, PA 15317

Greenstone LLC
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

Prasco, LLC d/b/a Prasco Labs.
6125 Commerce Court
Mason, OH 45040

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia LLC
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

*Monique Jones v. Pfizer Inc., et al.,* **C.D. California, C.A. No.: 2:24-cv-09195-JLS-AGR**

**Served Via Regular Mail**
Pfizer Inc.
The Spiral
66 Hudson Boulevard East
New York, NY 10001

Viatris Inc.
1000 Mylan Boulevard
Canonsburg, PA 15317

Greenstone LLC
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

Prasco, LLC d/b/a Prasco Labs.
6125 Commerce Court
Mason, OH 45040

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia LLC
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

---

*Kathleen Fazio v. Pfizer Inc,. et al,* **C.D. California, C.A. No. 5:24-cv-02285-JLS-AGR**

**Served via E-mail**
Thomas R. Anapol
Anapol Weiss
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
P: (215) 790-4572
F: (215) 875-7707
tanapol@anapolweiss.com
**Counsel for Plaintiff: Kathleen Fazio**

**Served via E-mail**
George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

**Mary Ann L Wymore**
UB Greensfelder LLC
10 South Broadway, Suite 2000
Saint Louis, MO 63102
314-516-2662
Fax: 314-345-5488
Email: MWymore@UBGLaw.com

**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

*Taylor Devorak v. Pfizer Inc., et al.,* C.D. California, C.A. No.: 5:24-cv-02349-JGB-SP

<u>Served Via Regular Mail</u>
Pfizer Inc.
The Spiral
66 Hudson Boulevard East
New York, NY 10001

Viatris Inc.
1000 Mylan Boulevard
Canonsburg, PA 15317

Greenstone LLC
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

Prasco, LLC d/b/a Prasco Labs.
6125 Commerce Court
Mason, OH 45040

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia LLC
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977


*Mayra Valencia v. Pfizer Inc., et al*, E. D. California, C.A. No. 1:24-cv-01346-HBK

| | |
|---|---|
| <u>Served via E-mail</u> | **Counsel for Plaintiff: Mayra Valencia** |

Ashleigh Raso, Esq.
Nigh Goldenberg Raso & Vaughn
14 Ridge Square NW
Third Floor
Washington, DC 20016
612-656-8002
Email: araso@nighgoldenberg.com

Canonsburg, PA 15317

**Greenstone LLC**
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

**Prasco, LLC d/b/a Prasco Labs.**
6125 Commerce Court
Mason, OH 45040

<u>**Served via Regular Mail**</u>
**Pfizer Inc.**
The Spiral
66 Hudson Boulevard East
New York, NY 10001

**Viatris Inc.**
1000 Mylan Boulevard

**Pharmacia & Upjohn Co. LLC**
7171 Portage Road
Kalamazoo, MI 49002

**Pharmacia LLC**
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

---

*Huyen Nguyen v. Pfizer Inc., et al.,* **N.D. California, C.A. No. 3:24-cv-07699-VC**

<u>**Served Via Regular Mail**</u>
Pfizer Inc.
The Spiral
66 Hudson Boulevard East
New York, NY 10001

Viatris Inc.
1000 Mylan Boulevard
Canonsburg, PA 15317

Greenstone LLC
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

Prasco, LLC d/b/a Prasco Labs.
6125 Commerce Court
Mason, OH 45040

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia LLC
Pfizer Peapack Campus

100 Route 206 North
Peapack, NJ 07977

*LaTosha White v. Pfizer Inc., et al.*, C.D. California, C.A. No. 5:24-cv-02379-KK-DTB

| **Served via E-mail** | **Served via Regular Mail** |
|---|---|
| Thomas R. Anapol | **Pfizer Inc.** |
| Anapol Weiss | The Spiral |
| 130 North 18th Street, Suite 1600 | 66 Hudson Boulevard East |
| Philadelphia, PA 19103 | New York, NY 10001 |
| P: (215) 790-4572 | |
| F: (215) 875-7707 | **Viatris Inc.** |
| tanapol@anapolweiss.com | 1000 Mylan Boulevard |
| **Counsel for Plaintiff: LaTosha White** | Canonsburg, PA 15317 |

**Greenstone LLC**
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

**Prasco, LLC d/b/a Prasco Labs.**
6125 Commerce Court
Mason, OH 45040

**Pharmacia & Upjohn Co. LLC**
7171 Portage Road
Kalamazoo, MI 49002

**Pharmacia LLC**
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

---

*Stacey Williams and Carey J. Williams v. Pfizer Inc., et al.*, C.D. California, C.A. No. 8:24-cv-02457-JLS-AGR

**Served Via Regular Mail**
Pfizer Inc.
The Spiral
66 Hudson Boulevard East

New York, NY 10001

Viatris Inc.
1000 Mylan Boulevard
Canonsburg, PA 15317

Greenstone LLC
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

Prasco, LLC d/b/a Prasco Labs.
6125 Commerce Court
Mason, OH 45040

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia LLC
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

___

*Michelle Rowland v. Pfizer Inc., et al.*, W.D. Missouri, C.A. No. 6:24-cv-03316-BCW

| **Served via E-mail** | **Served via Regular Mail** |
|---|---|
| Thomas P. Cartmell | **Pfizer Inc.** |
| Wagstaff & Cartmell | The Spiral |
| 4740 Grand Avenue | 66 Hudson Boulevard East |
| Suite 300 | New York, NY 10001 |
| Kansas City, MO 64112 | |
| (816)701-1100 | **Pharmacia & Upjohn Co. LLC** |
| Fax: (816)531-2372 | 7171 Portage Road |
| tcartmell@wcllp.com | Kalamazoo, MI 49002 |
| **Counsel for Plaintiff: Michelle Rowland** | |
| | **Pharmacia LLC** |
| | Pfizer Peapack Campus |
| | 100 Route 206 North |
| | Peapack, NJ 07977 |

___

*Tina Stephens-Smith et al. v. Pfizer Inc., et al.*, D. Nevada, C.A. No. 2:24-cv-02123-CDS-BNW

<u>**Served via E-mail**</u>
Joel D. Henriod
Eglet Adams Eglet Ham Henriod
400 S. 7th Street, 4th Floor
Las Vegas, NV 89101
P: 702-450-5400
F: 702-450-5451
jhenriod@egletlaw.com
**Counsel for Plaintiffs: Tina Stephens-Smith and Harold Albert Smith III**

<u>**Served via Regular Mail**</u>
**Pfizer Inc.**
The Spiral
66 Hudson Boulevard East
New York, NY 10001

**Viatris Inc.**
1000 Mylan Boulevard
Canonsburg, PA 15317

**Greenstone LLC**
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

**Prasco, LLC d/b/a Prasco Labs.**
6125 Commerce Court
Mason, OH 45040

**Pharmacia & Upjohn Co. LLC**
7171 Portage Road
Kalamazoo, MI 49002

**Pharmacia LLC**
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

---

*Tanya Edgerton v. Pfizer Inc., et al.*, S.D. California, C.A. No. 3:24-cv-02167-LL-KSC

<u>**Served Via Regular Mail**</u>
Pfizer Inc.
The Spiral
66 Hudson Boulevard East
New York, NY 10001

Viatris Inc.
1000 Mylan Boulevard
Canonsburg, PA 15317

Greenstone LLC
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

Prasco, LLC d/b/a Prasco Labs.
6125 Commerce Court
Mason, OH 45040

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia LLC
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

---

*Kelly Wright v. Pfizer Inc., et al.*, D. Massachusetts, C.A. No. 3:24-cv-30145-KAR

| Served via E-mail | Served via Regular Mail |
|---|---|
| Robert T. Naumes, Jr.<br>The Law Office of Jeffrey S. Glassman<br>One International Place, 18th Floor<br>Boston, MA 02110<br>617-367-2900<br>Fax: 617-722-9999<br>bnaumes@jeffreysglassman.com<br>**Counsel for Plaintiff: Kelly Wright** | **Pfizer Inc.**<br>The Spiral<br>66 Hudson Boulevard East<br>New York, NY 10001<br><br>**Viatris Inc.**<br>1000 Mylan Boulevard<br>Canonsburg, PA 15317<br><br>**Greenstone LLC**<br>2898 Manufacturers Road, Office #112<br>Greensboro, NC 27406<br><br>**Prasco, LLC d/b/a Prasco Labs.**<br>6125 Commerce Court<br>Mason, OH 45040<br><br>**Pharmacia & Upjohn Co. LLC**<br>7171 Portage Road<br>Kalamazoo, MI 49002<br><br>**Pharmacia LLC**<br>Pfizer Peapack Campus<br>100 Route 206 North<br>Peapack, NJ 07977 |

*Latriece Love Goodlett and David Foster Goodlett v. Pfizer Inc., et al.,* **N.D. California, C.A. No. 4:24-cv-08223-KAW**

**Served Via Regular Mail**
Pfizer Inc.
The Spiral
66 Hudson Boulevard East
New York, NY 10001

Viatris Inc.
1000 Mylan Boulevard
Canonsburg, PA 15317

Greenstone LLC
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

Prasco, LLC d/b/a Prasco Labs.
6125 Commerce Court
Mason, OH 45040

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia LLC
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

---

*Debra Morrow v. Pfizer Inc., et al.*, **C.D. California, C.A. No. 2:24-cv-10060-SB-MAR**

**Served Via Regular Mail**
Pfizer Inc.
The Spiral
66 Hudson Boulevard East
New York, NY 10001

Viatris Inc.
1000 Mylan Boulevard

Canonsburg, PA 15317

Greenstone LLC
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

Prasco, LLC d/b/a Prasco Labs.
6125 Commerce Court
Mason, OH 45040

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia LLC
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

---

*Laurie Light v. Pfizer Inc., et al.*, E.D. California, C.A. No. 2:24-cv-03254-DC-DMC

| Served via E-mail | Served via Regular Mail |
|---|---|
| **Michael A. Akselrud**<br>Lanier Law Firm<br>2829 Townsgate Rd.<br>Suite 100<br>Westlake Village, CA 91361<br>310-760-1228<br>michael.akselrud@lanierlawfirm.com<br>**Counsel for Plaintiff: Laurie Light** | **Pfizer Inc.**<br>The Spiral<br>66 Hudson Boulevard East<br>New York, NY 10001<br><br>**Viatris Inc.**<br>1000 Mylan Boulevard<br>Canonsburg, PA 15317<br><br>**Greenstone LLC**<br>2898 Manufacturers Road, Office #112<br>Greensboro, NC 27406<br><br>**Prasco, LLC d/b/a Prasco Labs.**<br>6125 Commerce Court<br>Mason, OH 45040<br><br>**Pharmacia & Upjohn Co. LLC**<br>7171 Portage Road<br>Kalamazoo, MI 49002<br><br>**Pharmacia LLC**<br>Pfizer Peapack Campus |

100 Route 206 North
Peapack, NJ 07977

---

*Kimberly Franzi v. Pfizer Inc., et al.*, C.D. California, C.A. No. 3:24-cv-08372-JD

| | |
|---|---|
| **Served via E-mail** | **Served via Regular Mail** |
| Kiley Lynn Grombacher | **Pfizer Inc.** |
| Bradley Grombacher, LLP | The Spiral |
| 31365 Oak Crest Drive, Suite 240 | 66 Hudson Boulevard East |
| Westlake Village, CA 91361 | New York, NY 10001 |
| (805) 270-7100 | |
| Fax: (805) 618-2939 | **Viatris Inc.** |
| kgrombacher@bradleygrombacher.com | 1000 Mylan Boulevard |
| **Counsel for Plaintiff: Kimberly Franzi** | Canonsburg, PA 15317 |

**Greenstone LLC**
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

**Prasco, LLC d/b/a Prasco Labs.**
6125 Commerce Court
Mason, OH 45040

**Pharmacia & Upjohn Co. LLC**
7171 Portage Road
Kalamazoo, MI 49002

**Pharmacia LLC**
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

---

*Rachel Valera-Arceo, et al. v. Pfizer Inc., et al.*, N.D. California, C.A. No. 3:24-cv-08312-TSH

**Served via E-mail**
Tracy Ann Finken
Anapol Weiss
One Logan Square
130 N. 18th Street, Suite 1600
Philadelphia, PA 19103
(215) 735-1130

**Served via Regular Mail**
**Pfizer Inc.**
The Spiral
66 Hudson Boulevard East
New York, NY 10001

**Viatris Inc.**
1000 Mylan Boulevard

<table>
<tr><td>

Fax: (215) 875-7731  
tfinken@anapolweiss.com  
**Counsel for Plaintiffs: Rachel Valera-Arceo and Fredi Valera-Arceo**

</td><td>

Canonsburg, PA 15317

**Greenstone LLC**  
2898 Manufacturers Road, Office #112  
Greensboro, NC 27406

**Prasco, LLC d/b/a Prasco Labs.**  
6125 Commerce Court  
Mason, OH 45040

**Pharmacia & Upjohn Co. LLC**  
7171 Portage Road  
Kalamazoo, MI 49002

**Pharmacia LLC**  
Pfizer Peapack Campus  
100 Route 206 North  
Peapack, NJ 07977

</td></tr>
</table>

*Jacqueline R. Romine v. Pfizer Inc., et al.*, E.D. California, C.A. No. 1:24-cv-01446-KES-CDB

<table>
<tr><td>

**Served via E-mail**  
Thomas Christopher Pinedo  
Hilliard Law  
719 S Shoreline Blvd  
Corpus Christi, TX 78401  
P: (361) 244-2278  
F: (361) 882-3015  
cpinedo@hilliard-law.com  
**Counsel for Plaintiff: Jacqueline R. Romine**

</td><td>

**Served via Regular Mail**  
**Pfizer Inc.**  
The Spiral  
66 Hudson Boulevard East  
New York, NY 10001

**Viatris Inc.**  
1000 Mylan Boulevard  
Canonsburg, PA 15317

**Pharmacia & Upjohn Co. LLC**  
7171 Portage Road  
Kalamazoo, MI 49002

**Pharmacia LLC**  
Pfizer Peapack Campus  
100 Route 206 North  
Peapack, NJ 07977

</td></tr>
</table>

*Monet Joseph v. Pfizer Inc., et al.*, C.D. California, C.A. No. 2:24-cv-10173-FMO-AS

**Served via E-mail**
Ashleigh Raso
Nigh Goldenberg Raso and Vaughn
60 South 6th Street, Floor 28
Minneapolis, MN 55402
202-792-7927-10
Fax: 202-792-7927
araso@nighgoldenberg.com
**Counsel for Plaintiff: Monet Joseph**

**Served via Regular Mail**
**Pfizer Inc.**
The Spiral
66 Hudson Boulevard East
New York, NY 10001

**Viatris Inc.**
1000 Mylan Boulevard
Canonsburg, PA 15317

**Greenstone LLC**
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

**Prasco, LLC d/b/a Prasco Labs.**
6125 Commerce Court
Mason, OH 45040

**Pharmacia & Upjohn Co. LLC**
7171 Portage Road
Kalamazoo, MI 49002

**Pharmacia LLC**
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

---

*Alicia Wilson v. Pfizer Inc., et al.*, C.D. California, C.A. No. 5:24-cv-02524

**Served via E-mail**
Christopher G. Paulos
Levin Papantonio Thomas Mitchell Rafferty and Proctor PA
316 South Baylen Street
Pensacola, FL 32502
850-435-7142
Fax: 850-436-6142
cpaulos@levinlaw.com
**Counsel for Plaintiff: Alicia Wilson**

**Served via Regular Mail**
**Pfizer Inc.**
The Spiral
66 Hudson Boulevard East
New York, NY 10001

**Viatris Inc.**
1000 Mylan Boulevard
Canonsburg, PA 15317

**Greenstone LLC**
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

        **Prasco, LLC d/b/a Prasco Labs.**
        6125 Commerce Court
        Mason, OH 45040

        **Pharmacia & Upjohn Co. LLC**
        7171 Portage Road
        Kalamazoo, MI 49002

        **Pharmacia LLC**
        Pfizer Peapack Campus
        100 Route 206 North
        Peapack, NJ 07977

Dated: <u>December 2, 2024</u>        Respectfully submitted,

        /s/ Ellen Relkin
        _____

        Ellen Relkin, Esq. ER-9536
        **WEITZ & LUXENBERG, P.C.**
        700 Broadway
        New York, NY 10003
        erelkin@weitzlux.com
        Tel: 212- 558-5715
        Fax: 212-344-5461

        Brendan A. McDonough (BM-4172)
        Weitz & Luxenberg, P.C.
        220 Lake Drive East, Suite 210
        Cherry Hill, NJ 08002
        Phone: (856) 755-1115
        bmcdonough@weitzlux.com

        Melinda Davis Nokes
        Weitz & Luxenberg P.C.
        1880 Century Park East, Suite 700
        Los Angeles, CA 90067
        Phone: (310) 247-0921
        mnokes@weitzlux.com

        *Counsel for Plaintiffs Kristina Schmidt, Ajanna Lawson, Monique Jones, Huyen Nguyen, Taylor Devorak, Stacey Williams and Carey J. Williams,*

*Tanya Edgerton, Latriece Love Goodlett and David Foster Goodlett, and Debra Morrow*