**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | MDL NO. 3140 |

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on December 23, 2024, I electronically filed the foregoing Plaintiff's Interested Party Response with the Clerk of the Courts using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this litigation.

Dated: December 23, 2024

Respectfully submitted,

/s/ Jennifer M. Hoekstra
Jennifer M. Hoekstra
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
17 E. Main Street, Ste. 200
Pensacola, Florida 32502
T: (850) 202-1010
F: (850) 916-7449
Email: jhoekstra@awkolaw.com
***Attorney for Plaintiff Donna Toney***