### BEFORE THE UNITED STATES JUDICIAL PANEL ON
### MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) MDL No. 3140 |

### PLAINTIFFS' MOTION FOR TRANSFER OF ACTIONS PURUSANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

**AND NOW**, Plaintiffs[1] respectfully request that the Judicial Panel on Multidistrict Litigation (hereinafter, the "Panel" or "JPML"), pursuant to 28 U.S.C. § 1407 and Rule 6.2 of the Rules of Procedure of the JPML, order the transfer of all actions listed in the attached Schedule of Actions and all subsequent tag-along actions to the United States District Court for the Northern District of California. In support of this request for transfer and centralization, Plaintiffs aver as follows:

1. Pursuant to the Judicial Panel on Multi-District Litigation Rule 6.1(b)(ii), all filed Actions including the complaints and federal district docket sheets are attached hereto as Exhibit A.

2. There are currently eight cases pending in the Central District of California; nine cases pending in the Northern District of California; four cases pending in the Eastern District of

---

[1] As used through this Motion for Transfer, the term "Plaintiffs" refers to: *Kathleen Fazio v. Pfizer Inc., et al.* – United States District Court for the Central District of California – Case No.: 5:24-cv-2285; *LaTosha White v. Pfizer Inc., et al.* – United States District Court for the Central District of California – Case No.: 5:24-cv-02379; & *Rachel Valera-Arceo and Fredi Valera-Arceo v. Pfizer Inc., et al.* – United States District Court for the Northern District of California – Case No.: 3:24-cv-08312.

California; three cases pending in the Southern District of Indiana and one case pending in each of the following: the Southern District of California, the Western District of Missouri, the District of Nevada, and the District of Massachusetts.

3. All of the aforementioned Actions allege the same or similar injuries—development of cerebral meningioma—suffered as a result of injection of the contraceptive depot medroxyprogesterone acetate, known as "Depo-Provera" and manufactured by Defendants Pfizer, Inc., and its affiliated "authorized generic" distributors. This Motion is also intended to encompass any future cases filed involving usage of Depo-Provera and the development of cerebral meningioma.

4. Each of the aforementioned Actions arise out of the same or similar nucleus of operative facts and all arise out of the same or similar alleged wrongful conduct of Defendants.

5. Each of these Actions will involve the resolution of the same or similar questions of fact and law, as they all arise from Defendants' same and similar alleged wrongful conduct.

6. Discovery conducted in each of these Actions will be substantially similar and will involve the same documents and witnesses, because each Action arises from the same or similar nucleus of operative facts. Therefore, no prejudice or inconvenience will result from the transfer, coordination and consolidation of the related Actions to the Northern District of California or the Central District of California.

7. Transfer of the aforementioned Actions will promote the just and efficient litigation of same Actions by avoiding possibility of inconsistent pretrial rulings regarding discovery, causation, and resolution of the same or similar questions of law and fact.

**WHEREFORE**, Plaintiffs respectfully request that the Panel grant their motion and transfer these cases, as well as all subsequently filed related actions, for coordinated and

consolidated pre-trial proceedings to Judge Josephine Staton in the U.S. District Court for the Central District of California, or, in the alternative, to Judge William Orrick or Judge Jon S. Tigar in the Northern District of California.

                            Respectfully submitted,

                            **ANAPOL WEISS**

DATE: December 10, 2024      BY:  /S/ *TRACY A. FINKEN*
                                                TRACY A. FINKEN, ESQUIRE
                                                THOMAS R. ANAPOL, ESQUIRE
                                                ONE LOGAN SQUARE
                                                130 N. 18TH STREET, SUITE 1600
                                                PHILADELPHIA, PA 19103
                                                215-735-1130
                                                TFINKEN@ANAPOLWEISS.COM
                                                TANAPOL@ANAPOLWEISS.COM