| **Case Name** | **Docket Number** |
| --- | --- |
| *Shannon Beavers v. Pfizer, Inc., et al.* | S.D. Ind., 24-cv-2105 |
| Taylor Devorak v. Pfizer, Inc., et al. | C.D. Cal., 24-cv-02349 |
| Tanya Edgerton v. Pfizer, Inc., et al. | S.D. Cal. 24-cv-02167 |
| Kathleen Fazio v. Pfizer, Inc., et al. | C.D. Cal. 24-cv-02285 |
| Kimberly Franzi v. Pfizer, Inc., et al. | N.D. Cal. 24-cv-8372 |
| Latrice Goodlett v. Pfizer, Inc., et al. | N.D. Cal. 24-cv-8223 |
| Jamie Grubensky v. Pfizer, Inc., et al. | N. D. Cal. 24-cv-8746 |
| Monet Joseph v. Pfizer, Inc. et al. | C.D. Cal. 24-cv-10173 |
| Monique Jones, v. Pfizer, Inc., et al. | C.D. Cal. 24-cv-09195 |
| Ajanna Lawson, v. Pfizer, Inc., et al. | N.D. Cal. 24-cv-07303 |
| Laurie Light v. Pfizer, Inc., et al. | E.D. Cal. 24-cv-3254 |
| Marisela Medina v. Pfizer, Inc. et al. | E.D. Cal. 24-cv-1475 |
| Debra Morrow v. Pfizer, Inc., et al. | C.D. Cal. 24-cv-10060 |
| Leslie Noble v. Pfizer, Inc., et al. | S.D. Ind. 24-cv-01831 |
| Huyen Nguyen v. Pfizer, Inc., et al. | N.D. Cal. 24-cv-07699 |
| Jacqueline Romine v. Pfizer, Inc., et al. | E.D. Cal. 24-cv-1446 |
| Michelle Rowland v. Pfizer, Inc., et al. | W.D. Mo. 24-cv-3316 |
| Kristina Schmidt v. Pfizer, Inc., et al. | N.D. Cal. 24-cv-06875 |
| Lucinda Shirley v. Pfizer, Inc., et al. | S.D. Ind. 24-cv-0565 |
| Tina Stephens-Smith v. Pfizer, Inc., et al. | D. Nev. 24-cv-2123 |
| Stephanie Thomas v. Pfizer, Inc., et al. | N.D. Cal. 24-cv-8505 |
| Mayra Valencia v. Pfizer, Inc., et al. | E.D. Cal. 24-cv-1346 |

| | |
|---|---|
| Rachel Valera-Arceo v. Pfizer, Inc., et al. | N.D. Cal. 24-cv-8312 |
| Latosha White v. Pfizer, Inc., et al. | C.D. Cal. 24-cv-2379 |
| Stacey Williams v. Pfizer, Inc., et al. | C.D. Cal. 24-cv-02457 |
| Alicia Wilson v. Pfizer, Inc., et al. | C.D. Cal. 24-cv-2524 |
| Kelly Wright v. Pfizer, Inc., et al. | D. Mass. 24-cv-30145 |
| Sarah Young v. Pfizer, Inc., et al. | N.D. Cal. 24-cv-8679 |