# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | MDL No. 3140 |

## PROOF OF SERVICE

I hereby certify that copies of the foregoing Motion to Transfer, Brief, Schedule of Actions, and this Certificate of Service were served by Email and/or Regular Mail on December 10, 2024 to the following:

Clerk of Court
**Central District of California**
**Eastern Division – Riverside**
George E. Brown, Jr. Federal Building
and U.S. Courthouse
3470 Twelfth Street
Riverside, CA 92501

Clerk of Court
**Central District of California**
**Southern Division – Santa Ana**
Ronald Reagan Federal Building
and U.S. Courthouse
411 West 4th Street
Santa Ana, CA 92701

Clerk of Court
**Central District of California**
**Western Division – Los Angeles**
Edward R. Roybal Federal Building
and U.S. Courthouse
255 East Temple Street
Los Angeles, CA 90012

Clerk of Court
**Eastern District of California**
**Fresno Division**
Robert E. Coyle Federal Building
and U.S. Courthouse
2500 Tulare Street
Fresno, CA 93721

Clerk of Court
**Eastern District of California**
**Sacramento Division**
Robert T. Matsui Federal Building
and U.S. Courthouse
501 I Street
Sacramento, CA 95814

Clerk of Court
**Northern District of California**
**Oakland Division**
Ronald V. Dellums Federal Building
and U.S. Courthouse
1301 Clay Street
Oakland, CA 94612

Case MDL No. 3140   Document 14   Filed 12/10/24   Page 2 of 20

Page **2** of **20**

Clerk of Court
**Northern District of California**
**San Francisco Division**
Philip Burton Federal Building
and U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Clerk of Court
**Northern District of California**
**San Jose Division**
Robert F. Peckham Federal Building
and U.S. Courthouse
280 South 1st Street
San Jose, CA 95113

Clerk of Court
**Southern District of California**
**San Diego Division**
James M. Carter & Judith N. Keep
Federal Building and U.S. Courthouse
333 West Broadway
San Diego, CA 92101

Clerk of Court
**Southern District of Indiana**
**Indianapolis Division**
Birch Bayh Federal Building
and U.S. Courthouse
46 E Ohio St
Indianapolis, Indiana 46204

Clerk of Court
**District of Massachusetts**
**Springfield Division**
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Clerk of Court
**Western District of Missouri**
**Springfield Division**
U.S. Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65806

Clerk of Court
**District of Nevada**
**Las Vegas Division**
Lloyd D. George Federal Building
and U.S. Courthouse
333 Las Vegas Boulevard South
Las Vegas, NV 89101

---

*Kristina Schmidt v. Pfizer Inc., et al.*, **N.D. California, C.A. No. 3:24-cv-06875-VC**

**Served via E-mail**
Ellen Relkin
Brendan McDonough
Weitz and Luxenburg PC
700 Broadway
New York, NY 10003
(212) 558-5715
Fax: 212-344-5461
erelkin@weitzlux.com
bmcdonough@weitzlux.com

**Served Via Regular Mail**
Pfizer Inc.
The Spiral
66 Hudson Boulevard East
New York, NY 10001

Viatris Inc.
1000 Mylan Boulevard
Canonsburg, PA 15317

Greenstone LLC
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

Prasco, LLC d/b/a Prasco Labs.
6125 Commerce Court
Mason, OH 45040

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia LLC
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

---

*Lesley Noble et al v. Pfizer Inc., et al.*, **S.D. Indiana, C.A. No. 1:24-cv-01831-RLY-MKK**

**Served via E-mail**
Andrea Lynn Ciobanu, Esq.
Ciobanu Law, P.C.
902 E. 66th Street
Indianapolis, IN 46220
P: (317) 495-1090
F: (866) 841-2071
aciobanu@ciobanulaw.com
Counsel for Plaintiffs: Lesley Noble, Justin Noble

**Served via E-mail**
Katherine D. Althoff, Esq.
McCarter & English, LLP
10 E. Main Street
Ste 200
Carmel, IN 46032
317-810-5493
kalthoff@mccarter.com
Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC

*Ajanna Lawson v. Pfizer Inc., et al.,* **N.D. California, C.A. No.: 3:24-cv-07303-VC**

| **Served via E-mail** | **Served Via Regular Mail** |
|---|---|
| Ellen Relkin | Pfizer Inc. |
| Brendan McDonough | The Spiral |
| Weitz and Luxenburg PC | 66 Hudson Boulevard East |
| 700 Broadway | New York, NY 10001 |
| New York, NY 10003 | |
| (212) 558-5715 | Viatris Inc. |
| Fax: 212-344-5461 | 1000 Mylan Boulevard |
| erelkin@weitzlux.com | Canonsburg, PA 15317 |
| bmcdonough@weitzlux.com | |
| | Greenstone LLC |
| | 2898 Manufacturers Road, Office #112 |
| | Greensboro, NC 27406 |
| | |
| | Prasco, LLC d/b/a Prasco Labs. |
| | 6125 Commerce Court |
| | Mason, OH 45040 |
| | |
| | Pharmacia & Upjohn Co. LLC |
| | 7171 Portage Road |
| | Kalamazoo, MI 49002 |
| | |
| | Pharmacia LLC |
| | Pfizer Peapack Campus |
| | 100 Route 206 North |
| | Peapack, NJ 07977 |

*Monique Jones v. Pfizer Inc., et al.,* **C.D. California, C.A. No.: 2:24-cv-09195-JLS-AGR**

<u>**Served via E-mail**</u>
Ellen Relkin
Brendan McDonough
Weitz and Luxenburg PC
700 Broadway
New York, NY 10003
(212) 558-5715
Fax: 212-344-5461
erelkin@weitzlux.com
bmcdonough@weitzlux.com

<u>**Served Via Regular Mail**</u>
Pfizer Inc.
The Spiral
66 Hudson Boulevard East
New York, NY 10001

Viatris Inc.
1000 Mylan Boulevard
Canonsburg, PA 15317

Greenstone LLC
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

Prasco, LLC d/b/a Prasco Labs.
6125 Commerce Court
Mason, OH 45040

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia LLC
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

---

*Kathleen Fazio v. Pfizer Inc,. et al,* **C.D. California, C.A. No. 5:24-cv-02285-JLS-AGR**

<u>**Served via E-mail**</u>
George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
415-615-6005
Email: george.gigounas@us.dlapiper.com
Counsel for Defendants: Pfizer Inc.,
Pharmacia & Upjohn Co. LLC, and
Pharmacia LLC

Case MDL No. 3140   Document 14   Filed 12/10/24   Page 6 of 20

Page **6** of **20**

        Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
Counsel for Defendants: Viatris Inc. and Greenstone LLC

Mary Ann L Wymore
UB Greensfelder LLC
10 South Broadway, Suite 2000
Saint Louis, MO 63102
314-516-2662
Fax: 314-345-5488
Email: MWymore@UBGLaw.com
Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.

---

*Taylor Devorak v. Pfizer Inc., et al.,* **C.D. California, C.A. No.: 5:24-cv-02349-JGB-SP**

| **Served via E-mail** | **Served Via Regular Mail** |
|---|---|
| Ellen Relkin | Pfizer Inc. |
| Brendan McDonough | The Spiral |
| Weitz and Luxenburg PC | 66 Hudson Boulevard East |
| 700 Broadway | New York, NY 10001 |
| New York, NY 10003 | |
| (212) 558-5715 | Viatris Inc. |
| Fax: 212-344-5461 | 1000 Mylan Boulevard |
| erelkin@weitzlux.com | Canonsburg, PA 15317 |
| bmcdonough@weitzlux.com | |
| | Greenstone LLC |
| | 2898 Manufacturers Road, Office #112 |
| | Greensboro, NC 27406 |
| | |
| | Prasco, LLC d/b/a Prasco Labs. |
| | 6125 Commerce Court |
| | Mason, OH 45040 |
| | |
| | Pharmacia & Upjohn Co. LLC |
| | 7171 Portage Road |
| | Kalamazoo, MI 49002 |

        Pharmacia LLC
        Pfizer Peapack Campus
        100 Route 206 North
        Peapack, NJ 07977

---

*Mayra Valencia v. Pfizer Inc., et al*, **E. D. California, C.A. No. 1:24-cv-01346-HBK**

| **Served via E-mail** | **Served via Regular Mail** |
|---|---|
| Ashleigh Raso, Esq. | Pfizer Inc. |
| Nigh Goldenberg Raso & Vaughn | The Spiral |
| 14 Ridge Square NW | 66 Hudson Boulevard East |
| Third Floor | New York, NY 10001 |
| Washington, DC 20016 | |
| 612-656-8002 | Viatris Inc. |
| Email: araso@nighgoldenberg.com | 1000 Mylan Boulevard |
| Counsel for Plaintiff: Mayra Valencia | Canonsburg, PA 15317 |
| | |
| | Greenstone LLC |
| | 2898 Manufacturers Road, Office #112 |
| | Greensboro, NC 27406 |
| | |
| | Prasco, LLC d/b/a Prasco Labs. |
| | 6125 Commerce Court |
| | Mason, OH 45040 |
| | |
| | Pharmacia & Upjohn Co. LLC |
| | 7171 Portage Road |
| | Kalamazoo, MI 49002 |
| | |
| | Pharmacia LLC |
| | Pfizer Peapack Campus |
| | 100 Route 206 North |
| | Peapack, NJ 07977 |

---

*Huyen Nguyen v. Pfizer Inc., et al.,* **N.D. California, C.A. No. 3:24-cv-07699-VC**

| **Served via E-mail** | **Served Via Regular Mail** |
|---|---|
| Ellen Relkin | Pfizer Inc. |
| Brendan McDonough | The Spiral |
| Weitz and Luxenburg PC | 66 Hudson Boulevard East |
| 700 Broadway | New York, NY 10001 |
| New York, NY 10003 | |
| (212) 558-5715 | Viatris Inc. |
| Fax: 212-344-5461 | 1000 Mylan Boulevard |
| erelkin@weitzlux.com | Canonsburg, PA 15317 |
| bmcdonough@weitzlux.com | |

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia LLC
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

Prasco, LLC d/b/a Prasco Labs.
6125 Commerce Court
Mason, OH 45040

Greenstone LLC
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

___

*LaTosha White v. Pfizer Inc., et al.*, **C.D. California, C.A. No. 5:24-cv-02379-KK-DTB**

**Served via Regular Mail**
Pfizer Inc.
The Spiral
66 Hudson Boulevard East
New York, NY 10001

Viatris Inc.
1000 Mylan Boulevard
Canonsburg, PA 15317

Greenstone LLC
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

Prasco, LLC d/b/a Prasco Labs.
6125 Commerce Court
Mason, OH 45040

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia LLC
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

---

*Stacey Williams and Carey J. Williams v. Pfizer Inc., et al.,* **C.D. California, C.A. No. 8:24-cv-02457-JLS-AGR**

| **Served via E-mail** | **Served Via Regular Mail** |
|---|---|
| Ellen Relkin<br>Brendan McDonough<br>Weitz and Luxenburg PC<br>700 Broadway<br>New York, NY 10003<br>(212) 558-5715<br>Fax: 212-344-5461<br>erelkin@weitzlux.com<br>bmcdonough@weitzlux.com | Pfizer Inc.<br>The Spiral<br>66 Hudson Boulevard East<br>New York, NY 10001<br><br>Viatris Inc.<br>1000 Mylan Boulevard<br>Canonsburg, PA 15317<br><br>Greenstone LLC<br>2898 Manufacturers Road, Office #112<br>Greensboro, NC 27406<br><br>Prasco, LLC d/b/a Prasco Labs.<br>6125 Commerce Court<br>Mason, OH 45040<br><br>Pharmacia & Upjohn Co. LLC<br>7171 Portage Road<br>Kalamazoo, MI 49002<br><br>Pharmacia LLC<br>Pfizer Peapack Campus<br>100 Route 206 North<br>Peapack, NJ 07977 |

---

*Michelle Rowland v. Pfizer Inc., et al.*, **W.D. Missouri, C.A. No. 6:24-cv-03316-BCW**

| **Served via E-mail** | **Served via Regular Mail** |
|---|---|
| Thomas P. Cartmell<br>Wagstaff & Cartmell<br>4740 Grand Avenue<br>Suite 300<br>Kansas City, MO 64112<br>(816)701-1100<br>Fax: (816)531-2372<br>tcartmell@wcllp.com<br>Counsel for Plaintiff: Michelle Rowland | Pfizer Inc.<br>The Spiral<br>66 Hudson Boulevard East<br>New York, NY 10001<br><br>Pharmacia & Upjohn Co. LLC<br>7171 Portage Road<br>Kalamazoo, MI 49002<br><br>Pharmacia LLC<br>Pfizer Peapack Campus<br>100 Route 206 North |

Peapack, NJ 07977

---

*Tina Stephens-Smith et al. v. Pfizer Inc., et al.*, D. Nevada, C.A. No. 2:24-cv-02123-CDS-BNW

| **Served via E-mail** | **Served via Regular Mail** |
|---|---|
| Joel D. Henriod<br>Eglet Adams Eglet Ham Henriod<br>400 S. 7th Street, 4th Floor<br>Las Vegas, NV 89101<br>P: 702-450-5400<br>F: 702-450-5451<br>jhenriod@egletlaw.com<br>Counsel for Plaintiffs: Tina Stephens-Smith and Harold Albert Smith III | Pfizer Inc.<br>The Spiral<br>66 Hudson Boulevard East<br>New York, NY 10001<br><br>Viatris Inc.<br>1000 Mylan Boulevard<br>Canonsburg, PA 15317<br><br>Greenstone LLC<br>2898 Manufacturers Road, Office #112<br>Greensboro, NC 27406<br><br>Prasco, LLC d/b/a Prasco Labs.<br>6125 Commerce Court<br>Mason, OH 45040<br><br>Pharmacia & Upjohn Co. LLC<br>7171 Portage Road<br>Kalamazoo, MI 49002<br><br>Pharmacia LLC<br>Pfizer Peapack Campus<br>100 Route 206 North<br>Peapack, NJ 07977 |

---

*Tanya Edgerton v. Pfizer Inc., et al.*, S.D. California, C.A. No. 3:24-cv-02167-LL-KSC
**Served via E-mail**
Ellen Relkin
Brendan McDonough
Weitz and Luxenburg PC
700 Broadway
New York, NY 10003
(212) 558-5715
Fax: 212-344-5461
erelkin@weitzlux.com
bmcdonough@weitzlux.com

**Served Via Regular Mail**
Pfizer Inc.
The Spiral
66 Hudson Boulevard East
New York, NY 10001

Viatris Inc.
1000 Mylan Boulevard
Canonsburg, PA 15317

Greenstone LLC
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

Prasco, LLC d/b/a Prasco Labs.
6125 Commerce Court
Mason, OH 45040

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia LLC
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

---

*Kelly Wright v. Pfizer Inc., et al.*, **D. Massachusetts, C.A. No. 3:24-cv-30145-KAR**

| **Served via E-mail** | **Served via Regular Mail** |
|---|---|
| Robert T. Naumes, Jr. | Pfizer Inc. |
| The Law Office of Jeffrey S. Glassman | The Spiral |
| One International Place, 18th Floor | 66 Hudson Boulevard East |
| Boston, MA 02110 | New York, NY 10001 |
| 617-367-2900 | |
| Fax: 617-722-9999 | Viatris Inc. |
| bnaumes@jeffreysglassman.com | 1000 Mylan Boulevard |
| Counsel for Plaintiff: Kelly Wright | Canonsburg, PA 15317 |
| | |
| | Greenstone LLC |
| | 2898 Manufacturers Road, Office #112 |
| | Greensboro, NC 27406 |

        Prasco, LLC d/b/a Prasco Labs.
        6125 Commerce Court
        Mason, OH 45040

        Pharmacia & Upjohn Co. LLC
        7171 Portage Road
        Kalamazoo, MI 49002

        Pharmacia LLC
        Pfizer Peapack Campus
        100 Route 206 North
        Peapack, NJ 07977

___

*Latriece Love Goodlett and David Foster Goodlett v. Pfizer Inc., et al.,* **N.D., C.A. No. 4:24-cv-08223-KAW**

| **Served via E-mail** | **Served Via Regular Mail** |
|---|---|
| Ellen Relkin | Pfizer Inc. |
| Brendan McDonough | The Spiral |
| Weitz and Luxenburg PC | 66 Hudson Boulevard East |
| 700 Broadway | New York, NY 10001 |
| New York, NY 10003 | |
| (212) 558-5715 | Viatris Inc. |
| Fax: 212-344-5461 | 1000 Mylan Boulevard |
| erelkin@weitzlux.com | Canonsburg, PA 15317 |
| bmcdonough@weitzlux.com | |
| | Greenstone LLC |
| | 2898 Manufacturers Road, Office #112 |
| | Greensboro, NC 27406 |
| | |
| | Prasco, LLC d/b/a Prasco Labs. |
| | 6125 Commerce Court |
| | Mason, OH 45040 |
| | |
| | Pharmacia & Upjohn Co. LLC |
| | 7171 Portage Road |
| | Kalamazoo, MI 49002 |
| | |
| | Pharmacia LLC |
| | Pfizer Peapack Campus |
| | 100 Route 206 North |
| | Peapack, NJ 0797 |

*Debra Morrow v. Pfizer Inc., et al.*, C.D. California, C.A. No. 2:24-cv-10060-SB-MAR

**Served via E-mail**
Ellen Relkin
Brendan McDonough
**Weitz and Luxenburg PC**
700 Broadway
New York, NY 10003
(212) 558-5715
Fax: 212-344-5461
erelkin@weitzlux.com
bmcdonough@weitzlux.com

**Served via Regular Mail**
Pfizer Inc.
The Spiral
66 Hudson Boulevard East
New York, NY 10001

Viatris Inc.
1000 Mylan Boulevard
Canonsburg, PA 15317

Greenstone LLC
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

Prasco, LLC d/b/a Prasco Labs.
6125 Commerce Court
Mason, OH 45040

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia LLC
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

*Laurie Light v. Pfizer Inc., et al.*, E.D. California, C.A. No. 2:24-cv-03254-DC-DMC

**Served via E-mail**
Michael A. Akselrud
Lanier Law Firm
2829 Townsgate Rd.
Suite 100
Westlake Village, CA 91361
310-760-1228
michael.akselrud@lanierlawfirm.com
Counsel for Plaintiff: Laurie Light

**Served via Regular Mail**
Pfizer Inc.
The Spiral
66 Hudson Boulevard East
New York, NY 10001

Viatris Inc.
1000 Mylan Boulevard
Canonsburg, PA 15317

Greenstone LLC
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

        Prasco, LLC d/b/a Prasco Labs.
        6125 Commerce Court
        Mason, OH 45040

        Pharmacia & Upjohn Co. LLC
        7171 Portage Road
        Kalamazoo, MI 49002

        Pharmacia LLC
        Pfizer Peapack Campus
        100 Route 206 North
        Peapack, NJ 07977

---

*Kimberly Franzi v. Pfizer Inc., et al.*, **C.D. California, C.A. No. 3:24-cv-08372-JD**

| **Served via E-mail** | **Served via Regular Mail** |
|---|---|
| Kiley Lynn Grombacher | Pfizer Inc. |
| Bradley Grombacher, LLP | The Spiral |
| 31365 Oak Crest Drive, Suite 240 | 66 Hudson Boulevard East |
| Westlake Village, CA 91361 | New York, NY 10001 |
| (805) 270-7100 | |
| Fax: (805) 618-2939 | Viatris Inc. |
| kgrombacher@bradleygrombacher.com | 1000 Mylan Boulevard |
| Counsel for Plaintiff: Kimberly Franzi | Canonsburg, PA 15317 |
| | |
| | Greenstone LLC |
| | 2898 Manufacturers Road, Office #112 |
| | Greensboro, NC 27406 |
| | |
| | Prasco, LLC d/b/a Prasco Labs. |
| | 6125 Commerce Court |
| | Mason, OH 45040 |
| | |
| | Pharmacia & Upjohn Co. LLC |
| | 7171 Portage Road |
| | Kalamazoo, MI 49002 |
| | |
| | Pharmacia LLC |
| | Pfizer Peapack Campus |
| | 100 Route 206 North |
| | Peapack, NJ 07977 |

*Rachel Valera-Arceo, et al. v. Pfizer Inc., et al.*, N.D. California, C.A. No. 3:24-cv-08312-TSH

**Served via Regular Mail**
Pfizer Inc.
The Spiral
66 Hudson Boulevard East
New York, NY 10001

Viatris Inc.
1000 Mylan Boulevard
Canonsburg, PA 15317

Greenstone LLC
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

Prasco, LLC d/b/a Prasco Labs.
6125 Commerce Court
Mason, OH 45040

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia LLC
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

---

*Jacqueline R. Romine v. Pfizer Inc., et al.*, E.D. California, C.A. No. 1:24-cv-01446-KES-CDB

**Served via E-mail**
Thomas Christopher Pinedo
Hilliard Law
719 S Shoreline Blvd
Corpus Christi, TX 78401
P: (361) 244-2278
F: (361) 882-3015
cpinedo@hilliard-law.com
Counsel for Plaintiff: Jacqueline R. Romine

**Served via Regular Mail**
Pfizer Inc.
The Spiral
66 Hudson Boulevard East
New York, NY 10001

Viatris Inc.
1000 Mylan Boulevard
Canonsburg, PA 15317

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia LLC
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

---

*Monet Joseph v. Pfizer Inc., et al.*, C.D. California, C.A. No. 2:24-cv-10173-FMO-AS

**Served via E-mail**
Ashleigh Raso
Nigh Goldenberg Raso and Vaughn
60 South 6th Street, Floor 28
Minneapolis, MN 55402
202-792-7927-10
Fax: 202-792-7927
araso@nighgoldenberg.com
Counsel for Plaintiff: Monet Joseph

**Served via Regular Mail**
Pfizer Inc.
The Spiral
66 Hudson Boulevard East
New York, NY 10001

Viatris Inc.
1000 Mylan Boulevard
Canonsburg, PA 15317

Greenstone LLC
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

Prasco, LLC d/b/a Prasco Labs.
6125 Commerce Court
Mason, OH 45040

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia LLC
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

---

*Alicia Wilson v. Pfizer Inc., et al.*, C.D. California, C.A. No. 5:24-cv-02524

**Served via E-mail**
Christopher G. Paulos
Levin Papantonio Thomas Mitchell Rafferty and Proctor PA
316 South Baylen Street
Pensacola, FL 32502
850-435-7142

**Served via Regular Mail**
Pfizer Inc.
The Spiral
66 Hudson Boulevard East
New York, NY 10001

Fax: 850-436-6142
cpaulos@levinlaw.com
Counsel for Plaintiff: Alicia Wilson

Viatris Inc.
1000 Mylan Boulevard
Canonsburg, PA 15317

Greenstone LLC
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

Prasco, LLC d/b/a Prasco Labs.
6125 Commerce Court
Mason, OH 45040

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia LLC
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

---

*Shannon Beavers and Steven Randall Beavers v. Pfizer Inc., et al.,* **S.D. Indiana,** *C.A. No. 1:24-cv-02105*

**Served via E-mail**
Andrea Lynn Ciobanu, Esq.
Ciobanu Law, P.C.
902 E. 66th Street
Indianapolis, IN 46220
P: (317) 495-1090
F: (866) 841-2071
aciobanu@ciobanulaw.com
Counsel for Plaintiffs: Shannon Beavers and Steven Randall BeaversDep

**Served via Regular Mail**
Pfizer Inc.
The Spiral
66 Hudson Boulevard East
New York, NY 10001

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

---

*Jamie Grubensky v. Pfizer Inc., et al.,* **N.D. California,** *C.A. No. 3:24-cv-08746*

**Served via E-mail**
Cynthia Garber
OnderLaw, LLC
110 E. Lockwood Ave., 2nd Fl

**Served via Regular Mail**
Pfizer Inc.
The Spiral
66 Hudson Boulevard East

Palm Springs
Saint Louis, MO 63119
P: (949) 456-0037
garber@onderlaw.com
Counsel for Plaintiffs: Jamie Grubensky

New York, NY 10001

Viatris Inc.
1000 Mylan Boulevard
Canonsburg, PA 15317

Greenstone LLC
2898 Manufacturers Road, Office #112
Greensboro, NC 27406

Prasco, LLC d/b/a Prasco Labs.
6125 Commerce Court
Mason, OH 45040

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

---

*Marisela Medina v. Pfizer Inc., et al.,* **E.D. California, C.A. No. 1:24-cv-01475**

**Served via E-mail**
Jae Kook Kim, Esq.
Lynch Carpenter, LLP
117 E Colorado Blvd.
Ste 600
Pasadena, CA 91105
P: (626) 550-1250
F: (619) 756-6991
ekim@lcllp.com
Counsel for Plaintiffs: Marisela Medina

**Served via Regular Mail**
Pfizer Inc.
The Spiral
66 Hudson Boulevard East
New York, NY 10001

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia LLC
Pfizer Peapack Campus
100 Route 206 North
Peapack, NJ 07977

*Lucinda Shirley v. Pfizer Inc., et al.,* **S.D. Indiana,** *C.A. No. 2:24-cv-0565*

| **Served via E-mail** | **Served via Regular Mail** |
|---|---|
| Andrea Lynn Ciobanu, Esq.<br>Ciobanu Law, P.C.<br>902 E. 66th Street<br>Indianapolis, IN 46220<br>P: (317) 495-1090<br>F: (866) 841-2071<br>aciobanu@ciobanulaw.com<br>Counsel for Plaintiffs: Lucinda Sirley | Pfizer Inc.<br>The Spiral<br>66 Hudson Boulevard East<br>New York, NY 10001<br><br>Pharmacia & Upjohn Co. LLC<br>7171 Portage Road<br>Kalamazoo, MI 49002 |

*Stephanie Thomas v. Pfizer Inc., et al., N.D. California, C.A. No. 3:24-cv-08505*

| **Served via E-mail** | **Served via Regular Mail** |
|---|---|
| Michael A. Akselrud, Esq.<br>Lanier Law Firm<br>2829 Townsgate Rd.<br>Suite 100<br>Westlake Village, CA 91361<br>P: (310) 277-5100<br>Michael.akselrud@lanierlawfirm.com<br>Counsel for Plaintiffs: Stephanie Thomas | Pfizer Inc.<br>The Spiral<br>66 Hudson Boulevard East<br>New York, NY 10001<br><br>Viatris Inc.<br>1000 Mylan Boulevard<br>Canonsburg, PA 15317<br><br>Greenstone LLC<br>2898 Manufacturers Road, Office #112<br>Greensboro, NC 27406<br><br>Prasco, LLC d/b/a Prasco Labs.<br>6125 Commerce Court<br>Mason, OH 45040<br><br>Pharmacia & Upjohn Co. LLC<br>7171 Portage Road<br>Kalamazoo, MI 49002<br><br>Pharmacia LLC<br>Pfizer Peapack Campus<br>100 Route 206 North<br>Peapack, NJ 07977 |

*Sarah Young v. Pfizer Inc., et al.,* **N.D. California,** *C.A. No. 3:24-cv-8679*

| | |
|---|---|
| **Served via E-mail** | **Served via Regular Mail** |
| Cynthia Garber | Pfizer Inc. |
| OnderLaw, LLC | The Spiral |
| 110 E. Lockwood Ave., 2nd Fl | 66 Hudson Boulevard East |
| Palm Springs | New York, NY 10001 |
| Saint Louis, MO 63119 | |
| P: (949) 456-0037 | Viatris Inc. |
| garber@onderlaw.com | 1000 Mylan Boulevard |
| Counsel for Plaintiffs: Sarah Young | Canonsburg, PA 15317 |
| | |
| | Greenstone LLC |
| | 2898 Manufacturers Road, Office #112 |
| | Greensboro, NC 27406 |
| | |
| | Prasco, LLC d/b/a Prasco Labs. |
| | 6125 Commerce Court |
| | Mason, OH 45040 |
| | |
| | Pharmacia & Upjohn Co. LLC |
| | 7171 Portage Road |
| | Kalamazoo, MI 49002 |

Dated: <u>December 10, 2024</u>         Respectfully submitted,

/s/ Tracy A. Finken
Tracy A. Finken, Esquire
Thomas R. Anapol, Esquire
**ANAPOL WEISS**
One Logan Square
130 N. 18th Street., Suite 1600
Philadelphia, PA 19103
tfinken@anapolweiss.com
tanapol@anapolweiss.com
Tel: 215-735-1130

*Counsel for Plaintiffs Kathleen Fazio, Rachel Valera-Arceo and Fredi Valera-Arceo, Latosha White,*