BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | MDL NO. 3140 |

## NOTICE OF RELATED ACTION

In accordance with Rule 6.2(d) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Plaintiff Donna Toney hereby provides this notice informing the Panel of the following related action:

1. *Toney v. Pfizer Inc.;* N.D. Fla. Case No. 3:24-cv-00624 filed on December 13, 2024.

A Schedule of Action is attached to this Notice. A copy of the docket sheet and complaint are attached as Exhibit A. The actions involve a common question of fact with actions on a pending motion to transfer seeking creation of a multidistrict litigation.

Dated: December 16, 2024

                                                Respectfully submitted,

                                                /s/ Jennifer M. Hoekstra
                                                Jennifer M. Hoekstra
                                                **AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
                                                17 E. Main Street, Ste. 200
                                                Pensacola, Florida 32502
                                                T: (850) 202-1010
                                                F: (850) 916-7449
                                                Email: jhoesktra@awkolaw.com
                                                ***Attorney for Plaintiff Donna Toney***