BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | | | |
|---|---|---|---|---|
| | IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | | MDL No. 3140 | |

## SCHEDULE OF ACTIONS[1]

| | Plaintiff(s) | Defendants | Court, Division, and Action No. | Judge |
|---|---|---|---|---|
| 1. | Kristina Schmidt | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC; Pharmacia & Upjohn Co. LLC; Pharmacia LLC | N.D. Cal. (San Francisco) 3:24-cv-6875 | Hon. Vince Chhabria |
| 2. | Ajanna Lawson | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC; Pharmacia & Upjohn Co. LLC; Pharmacia LLC | N.D. Cal. (San Francisco) 3:24-cv-7303 | Hon. Vince Chhabria |
| 3. | Monique Jones | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC; Pharmacia & Upjohn Co. LLC; Pharmacia LLC | C.D. Cal. (Western Division – Los Angeles) 2:24-cv-9195 | Hon. Josephine Staton |
| 4. | Kathleen Fazio | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC; Pharmacia & Upjohn Co. LLC; Pharmacia LLC | C.D. Cal. (Eastern Division – Riverside) 5:24-cv-2285 | Hon. Josephine Staton |
| 5. | Mayra Valencia | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC; Pharmacia & Upjohn Co. LLC; Pharmacia LLC | E.D. Cal. (Fresno) 1:24-cv-1346 | Hon. Helena Barch-Kuchta |

---

[1] In appearing before the Panel, Defendants Viatris Inc. and Greenstone LLC do not waive—and hereby expressly reserve—all available defenses including, but not limited to, lack of personal jurisdiction and lack of proper service of process. *In re Library Editions of Children's Books*, 299 F. Supp. 1139, 1142 (J.P.M.L. 1969).

| | | | | |
|---|---|---|---|---|
| 6. | LaTosha White | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC; Pharmacia & Upjohn Co. LLC; Pharmacia LLC | C.D. Cal. (Eastern Division – Riverside) 5:24-cv-2379 | Hon. Josephine Staton |
| 7. | Rachel Valera-Arceo | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC; Pharmacia & Upjohn Co. LLC; Pharmacia LLC | N.D. Cal. (San Francisco) 3:24-cv-8312 | Hon. Thomas Hixson |
| 8. | Kelly Wright | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC; Pharmacia & Upjohn Co. LLC; Pharmacia LLC | D. Mass. (Springfield) 3:24-cv-30145 | Hon. Katherine Robertson |

Dated: December 16, 2024

Respectfully submitted,

PIETRAGALLO GORDON ALFANO BOSICK
& RASPANTI, LLP

By: *s/ Clem C. Trischler*
Clem C. Trischler
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
(412) 263-1816 Telephone
(412) 263-4246 Facsimile
cct@pietragallo.com

*Counsel for Defendants Viatris Inc.
and Greenstone LLC*