**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | MDL No. 3140 |

## DISCLOSURE STATEMENT[1]

Defendant Greenstone LLC is an indirectly wholly owned subsidiary of Defendant Viatris Inc., which is a publicly traded corporation. Viatris Inc. does not have a parent corporation and no publicly held corporation owns ten percent or more of Viatris Inc.'s stock.

Dated: December 16, 2024

Respectfully submitted,

PIETRAGALLO GORDON ALFANO BOSICK
& RASPANTI, LLP

By: *s/ Clem C. Trischler*
Clem C. Trischler
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
(412) 263-1816 Telephone
(412) 263-4246 Facsimile
cct@pietragallo.com

*Counsel for Defendants Viatris Inc.
and Greenstone LLC*

---

[1] In appearing before the Panel, Defendants Viatris Inc. and Greenstone LLC do not waive—and hereby expressly reserve—all available defenses including, but not limited to, lack of personal jurisdiction and lack of proper service of process. *In re Library Editions of Children's Books*, 299 F. Supp. 1139, 1142 (J.P.M.L. 1969).