**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | MDL No. 3140 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that, on December 16, 2024, a copy of the foregoing was served on all parties in the following actions. Unless otherwise stated, service was made electronically by transmission of Notices of Electronic Filing generated by CM/ECF.

*Kristina Schmidt v. Pfizer Inc., et al., N.D.Cal., No. 3:24-cv-6875*

| | |
|---|---|
| Melinda Davis Nokes<br>Ellen Relkin<br>Brendan A. McDonough<br>mnokes@weitzlux.com<br>erelkin@weitzlux.com<br>bmcdonough@weitzlux.com<br>**WEITZ & LUXENBERG, P.C.**<br>1880 Century Park East, Suite 700<br>Los Angeles, CA 90067<br>Telephone: (310) 247-0921<br>Facsimile: (310) 786-9927<br><br>*Counsel for Plaintiff* | George John Gigounas<br>george.gigounas@us.dlapiper.com<br>**DLA PIPER LLP**<br>555 Mission Street Suite 2400<br>San Francisco, CA 941045-2933<br>415-615-6005<br><br>*Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC* |
| Paul J. (P.J.) Cosgrove<br>PCosgrove@UBGLaw.com<br>**UB GREENSFELDER LLC**<br>312 Walnut Street, Suite 1400<br>Cincinnati, OH 45202<br>513-698-5000<br><br>*Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.* | |

*Ajanna Lawson v. Pfizer Inc., et al., N.D.Cal., No. 3:24-cv-7303*

| | |
|---|---|
| Melinda Davis Nokes<br>Ellen Relkin<br>Brendan A. McDonough<br>mnokes@weitzlux.com<br>erelkin@weitzlux.com<br>bmcdonough@weitzlux.com<br>**WEITZ & LUXENBERG, P.C.**<br>1880 Century Park East, Suite 700<br>Los Angeles, CA 90067<br>Telephone: (310) 247-0921<br>Facsimile: (310) 786-9927<br><br>*Counsel for Plaintiff* | George John Gigounas<br>george.gigounas@us.dlapiper.com<br>**DLA PIPER LLP**<br>555 Mission Street Suite 2400<br>San Francisco, CA 941045-2933<br>415-615-6005<br><br>*Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC* |
| Paul J. (P.J.) Cosgrove<br>PCosgrove@UBGLaw.com<br>**UB GREENSFELDER LLC**<br>312 Walnut Street, Suite 1400<br>Cincinnati, OH 45202<br>513-698-5000<br><br>*Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.* | |

*Monique Jones v. Pfizer Inc., et al., N.D.Cal., No. 2:24-cv-9195*

| | |
|---|---|
| Melinda Davis Nokes<br>Ellen Relkin<br>Brendan A. McDonough<br>mnokes@weitzlux.com<br>erelkin@weitzlux.com<br>bmcdonough@weitzlux.com<br>**WEITZ & LUXENBERG, P.C.**<br>1880 Century Park East, Suite 700<br>Los Angeles, CA 90067<br>Telephone: (310) 247-0921<br>Facsimile: (310) 786-9927<br><br>*Counsel for Plaintiff* | George John Gigounas<br>george.gigounas@us.dlapiper.com<br>**DLA PIPER LLP**<br>555 Mission Street Suite 2400<br>San Francisco, CA 941045-2933<br>415-615-6005<br><br>*Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC* |
| Paul J. (P.J.) Cosgrove<br>PCosgrove@UBGLaw.com<br>**UB GREENSFELDER LLC**<br>312 Walnut Street, Suite 1400 | |

| | |
|---|---|
| Cincinnati, OH 45202<br>513-698-5000<br><br>*Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.* | |

*Kathleen Fazio v. Pfizer Inc., et al., C.D.Cal., No. 5:24-cv-2285*

| | |
|---|---|
| Paige Boldt<br>Thomas R. Anapol<br>Tracy A. Finken<br>pboldt@anapolweiss.com<br>tanapol@anapolweiss.com<br>tfinken@anapolweiss.com<br>**ANAPOL WEISS**<br>6060 Center Drive, 10th Floor<br>Los Angeles, CA 90045<br>Telephone: (424) 4191634<br><br>*Counsel for Plaintiff* | George John Gigounas<br>george.gigounas@us.dlapiper.com<br>**DLA PIPER LLP**<br>555 Mission Street Suite 2400<br>San Francisco, CA 941045-2933<br>415-615-6005<br><br>*Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC* |
| Paul J. (P.J.) Cosgrove<br>PCosgrove@UBGLaw.com<br>**UB GREENSFELDER LLC**<br>312 Walnut Street, Suite 1400<br>Cincinnati, OH 45202<br>513-698-5000<br><br>*Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.* | |

*Mayra Valencia v. Pfizer Inc., et al., E.D.Cal., No. 1:24-cv-1346*

| | |
|---|---|
| Stuart C. Talley<br>stuart@ktblegal.com<br>**KERSHAW TALLEY BARLOW PC**<br>401 Watt Avenue, Suite 1<br>Sacramento, CA 95864<br>Telephone: (916) 520-6639<br><br>*Counsel for Plaintiff* | Ashleigh Raso<br>Ava Cavaco<br>araso@nighgoldenberg.com<br>acavaco@nighgoldenberg.com<br>**NIGH GOLDENBERG RASO & VAUGHN**<br>60 S. 6th St. Floor 28<br>Minneapolis, MN 55402<br>Telephone: (202) 792-7927-10<br>Facsimile: (202) 792-7927<br><br>*Counsel for Plaintiff* |
| Paul J. (P.J.) Cosgrove<br>PCosgrove@UBGLaw.com | George John Gigounas<br>george.gigounas@us.dlapiper.com |

| | |
|---|---|
| **UB GREENSFELDER LLC**<br>312 Walnut Street, Suite 1400<br>Cincinnati, OH 45202<br>513-698-5000<br><br>*Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.* | **DLA PIPER LLP**<br>555 Mission Street Suite 2400<br>San Francisco, CA 941045-2933<br>415-615-6005<br><br>*Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC* |

*LaTosha White v. Pfizer Inc., et al., C.D.Cal., No. 5:24-cv-2379*

| | |
|---|---|
| Paige Boldt<br>Thomas R. Anapol<br>Tracy A. Finken<br>pboldt@anapolweiss.com<br>tanapol@anapolweiss.com<br>tfinken@anapolweiss.com<br>**ANAPOL WEISS**<br>6060 Center Drive, 10th Floor<br>Los Angeles, CA 90045<br>Telephone: (424) 4191634<br><br>*Counsel for Plaintiff* | George John Gigounas<br>george.gigounas@us.dlapiper.com<br>**DLA PIPER LLP**<br>555 Mission Street Suite 2400<br>San Francisco, CA 941045-2933<br>415-615-6005<br><br>*Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC* |
| Paul J. (P.J.) Cosgrove<br>PCosgrove@UBGLaw.com<br>**UB GREENSFELDER LLC**<br>312 Walnut Street, Suite 1400<br>Cincinnati, OH 45202<br>513-698-5000<br><br>*Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.* | |

*Rachel Valera-Arceo, et al. v. Pfizer Inc., et al., N.D.Cal., No. 3:24-cv-8312*

| | |
|---|---|
| Tracy A. Finken<br>tfinken@anapolweiss.com<br>**ANAPOL WEISS**<br>6060 Center Drive, 10th Floor<br>Los Angeles, CA 90045<br>Telephone: (424) 4191634<br><br>*Counsel for Plaintiff* | George John Gigounas<br>george.gigounas@us.dlapiper.com<br>**DLA PIPER LLP**<br>555 Mission Street Suite 2400<br>San Francisco, CA 941045-2933<br>415-615-6005<br><br>*Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC* |

| | |
|---|---|
| Paul J. (P.J.) Cosgrove<br>PCosgrove@UBGLaw.com<br>**UB GREENSFELDER LLC**<br>312 Walnut Street, Suite 1400<br>Cincinnati, OH 45202<br>513-698-5000<br><br>*Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.* | |

*Kelly Wright v. Pfizer Inc., et al., D. Mass., No. 3:24-cv-30145*

| | |
|---|---|
| Robert T. Naumes, Jr.<br>bnaumes@jeffreysglassman.com<br>**JEFFREY GLASSMAN INJURY LAWYERS**<br>One International Pl., 18th Fl.<br>Boston, MA 02110<br>Ph: (617)-777-7777<br>Fax: (617)-722-9999<br><br>*Counsel for Plaintiff* | Douglass A. Kreis<br>dkreis@awkolaw.com<br>**AYLSTOCK, WITKIN, KREIS,<br>& OVERHOLTZ, PLLC**<br>17 E. Main Street, Suite 200<br>Pensacola, FL 32502<br>Telephone: (850) 202-1010<br><br>*Counsel for Plaintiff* |
| George John Gigounas<br>george.gigounas@us.dlapiper.com<br>**DLA PIPER LLP**<br>555 Mission Street Suite 2400<br>San Francisco, CA 941045-2933<br>415-615-6005<br><br>*Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC* | Paul J. (P.J.) Cosgrove<br>PCosgrove@UBGLaw.com<br>**UB GREENSFELDER LLC**<br>312 Walnut Street, Suite 1400<br>Cincinnati, OH 45202<br>513-698-5000<br><br>*Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.* |

Dated: December 16, 2024            Respectfully submitted,

PIETRAGALLO GORDON ALFANO BOSICK
& RASPANTI, LLP

By:  *s/ Clem C. Trischler*
Clem C. Trischler
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
(412) 263-1816 Telephone
(412) 263-4246 Facsimile

cct@pietragallo.com

*Counsel for Defendants Viatris Inc. and Greenstone LLC*