BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  | IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | MDL Docket No. 3140 |
|---|---|---|

## SCHEDULE OF ACTIONS

Attachment to Notice of Appearance of Joseph G. Petrosinelli

|  | Plaintiff(s) | Defendant(s) | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Cynthia Alves | Pfizer Inc., Viatris Inc., Greenstone LLC, Prascolabs, Pharmacia & Upjohn | C.D. California | 2:24-cv-10679 | Judge Dale S. Fischer and Magistrate Judge Margo A. Rocconi |
| 2. | Christine L. Armstrong; Ken Armstrong | Pfizer Inc.; Pharmacia & UpJohn Co. LLC; Pharmacia LLC | N.D. California | 3:24-cv-8934 | Magistrate Judge Sallie Kim |
| 3. | Shannon Beavers; Steven Randall Beavers | Pfizer Inc.; Pharmacia & UpJohn Co. LLC | S.D. Indiana | 1:24-cv-02105 | Judge Tanya Walton Pratt and Magistrate Judge Mark J. Dinsmore |
| 4. | Dusty Carroll | Pfizer Inc., Viatris Inc., Greenstone LLC, Prascolabs, Pharmacia & Upjohn | C.D. California | 5:24-cv-02626 | Judge Sunshine Suzanne Sykes and Magistrate Judge Sheri Pym |

| 5. | Taylor Devorak | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs; Pharmacia & UpJohn Co. LLC; Pharmacia LLC | C.D. California | 5:24-cv-02349 | Judge Jesus G. Bernal and Magistrate Judge Sheri Pym |
| --- | --- | --- | --- | --- | --- |
| 6. | Tanya Edgerton | Pfizer Inc.; Pharmacia & Upjohn Company LLC; Pharmacia LLC; Greenstone LLC; Prasco LLC d/b/a Prasco Labs.; Viatris Inc. | S.D. California | 3:24-cv-02167 | Judge Linda Lopez and Magistrate Judge Karen S. Crawford |
| 7. | Kathleen Fazio | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs; Pharmacia & UpJohn Co. LLC; Pharmacia LLC | C.D. California | 5:24-cv-02285 | Judge Josephine L. Staton and Magistrate Judge Alicia G. Rosenberg |
| 8. | Kimberly Franzi | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs; Pharmacia & UpJohn Co. LLC; Pharmacia LLC | N.D. California | 3:24-cv-08372 | Judge James Donato |
| 9. | Latriece Love Goodlett; David Foster Goodlett | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs; Pharmacia & UpJohn | N.D. California | 4:24-cv-08223 | Magistrate Judge Kanis A. Westmore |

| | | | | | |
|---|---|---|---|---|---|
| | | Co. LLC; Pharmacia LLC | | | |
| 10. | Jamie Grubensky | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco Labs; Pharmacia & UpJohn | N.D. California | 4:24-cv-08746 | Magistrate Judge Lisa J. Cisneros |
| 11. | Amanda Hollinger | Pfizer Inc, Viatris Inc, Greenstone LLC, Prasco Laboratories, Pharmacia & Upjohn Company LLC | N.D. Indiana | 3:24cv980 | Judge Cristal C Brisco and Magistrate Judge Scott J. Frankel |
| 12. | Jennifer Hudson | Pfizer Inc., Viatris Inc., Greenstone LLC, Prascolabs, Pharmacia & Upjohn | E.D. California | 2:24cv3441 | Magistrate Judge Sean C. Riordan |
| 13. | Monique Jones | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs; Pharmacia & UpJohn Co. LLC; Pharmacia LLC | C.D. California | 2:24-cv-09195 | Judge Josephine L. Staton and Magistrate Judge Alicia G. Rosenberg |
| 14. | Monet Joseph | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs; Pharmacia & UpJohn Co. LLC; Pharmacia LLC | C.D. California | 2:24-cv-10173 | Judge Fernando M. Olguin and Magistrate Judge Alka Sagar |
| 15. | Ajanna Lawson | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs; | N.D. California | 4:24-cv-07303 | Judge Vince Chhabria |

| | | | | | |
|---|---|---|---|---|---|
| | | Pharmacia & UpJohn Co. LLC; Pharmacia LLC | | | |
| 16. | Laurie Light | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs; Pharmacia & UpJohn Co. LLC; Pharmacia LLC | E.D. California | 2:24-cv-03254 | Judge Dena M. Coggins and Magistrate Judge Dennis M. Cota |
| 17. | Faith Lowery | Pfizer Inc., Viatris Inc., Greenstone LLC, Prascolabs, Pharmacia & Upjohn | E.D. California | 1:24-cv-01012 | |
| 18. | Marisela Medina | Pfizer Inc.; Pharmacia & UpJohn Co. LLC; Pharmacia LLC | E.D. California | 1:24-cv-01475 | Magistrate Judge Sheila K. Oberto |
| 19. | Mary Melendez | Pfizer Inc., Viatris Inc., Greenstone LLC, Pharmacia & Upjohn Co. LLC, Pharmacia LLC, Prasco LLC dba Prasco Labs | D. Massachusetts | 1:24cv13078 | Magistrate Judge Katherine A. Robertson |
| 20. | Debra Morrow | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Pharmacia & UpJohn Co. LLC; Pharmacia LLC | C.D. California | 2:24-cv-10060 | Judge Stanley Blumenfeld, Jr. and Magistrate Judge Margo A. Rocconi |
| 21. | Huyen Nguyen | Pfizer Inc.; Pharmacia & UpJohn Co. LLC; Pharmacia LLC | N.D. California | 5:24-cv-7699 | Judge Vince Chhabria |

| | | | | | |
|---|---|---|---|---|---|
| 22. | Lesley Noble; Justin Noble | Pfizer Inc.; Pharmacia & UpJohn Co. LLC | S.D. Indiana | 1:24-cv-1831 | Judge Richard Young and Magistrate Judge M. Kendra Klump |
| 23. | Kathryn Paulsen; Daniel Paulsen | Pfizer Inc.; Pharmacia & Upjohn Co. LLC | S.D. Indiana | 1:24-cv-02191 | Judge Richard L. Young |
| 24. | Shala N. Roberts | Pfizer Inc., Greenstone LLC, Pharmacia & Upjohn Cp. LLC | E.D. Pennsylvania | 2:24-cv-06678 | Judge Timothy J. Savage |
| 25. | Jaqueline R. Romine | Pfizer Inc.; Viatris Inc.; Pharmacia & UpJohn Co. LLC; Pharmacia LLC | E.D. California | 1:24-cv-01446 | Judge Kirk E. Sherriff and Magistrate Judge Christopher D. Baker |
| 26. | Michelle Rowland | Pfizer Inc.; Pharmacia & UpJohn Co. LLC; Pharmacia LLC | W.D. Missouri | 6:24-cv-03316 | Judge Brian C. Wimes |
| 27. | Kristina Schmidt | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs; Pharmacia & UpJohn Co. LLC; Pharmacia LLC | N.D. California | 3:24-cv-6875 | Judge Vince Chhabria |
| 28. | Lucinda Shirley | Pfizer Inc.; Pharmacia & Upjohn Company LLC | S.D. Indiana | 2:24-cv-00565 | Judge Matthew P. Brookman and Magistrate Judge M. Kendra Klump |
| 29. | Tina Stephens-Smith; Harold Albert Smith III | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs; Pharmacia & UpJohn Co. LLC; Pharmacia LLC | D. Nevada | 2:24-cv-02123 | Judge Cristina D. Silva and Magistrate Judge Brenda Weksler |

| | | | | | |
|---|---|---|---|---|---|
| 30. | Stephanie Thomas | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs; Pharmacia & UpJohn Co. LLC; Pharmacia LLC | N.D. California | 3:24-cv-08505 | Magistrate Judge Peter H. Kang |
| 31. | Donna Toney | Pfizer Inc.; Pharmacia & UpJohn Co. LLC; Pharmacia LLC | N.D. Florida | 3:24-cv-00624 | Judge M. Casey Rodgers |
| 32. | Mayra Valencia | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs; Pharmacia & UpJohn Co. LLC; Pharmacia LLC | E.D. California | 1:24-cv-1346 | Magistrate Judge Helena M. Barch-Kuchta |
| 33. | Rachel Valera-Areceo; Fredi Valera Arceo | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs; Pharmacia & UpJohn Co. LLC; Pharmacia LLC | N.D. California | 3:24-cv-08312 | Magistrate Judge Thomas S. Hixson |
| 34. | Latosha White | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs; Pharmacia & UpJohn Co. LLC; Pharmacia LLC | C.D. California | 5:24-cv-02379 | Judge Kenly Kiya Kato and Magistrate Judge David T. Bristow |
| 35. | Stacey Williams; Carey J. Williams | Pfizer Inc.; Viatris Inc.; Greenstone LLC; | C.D. California | 8:24-cv-02457 | Judge Josephine L. Staton and Magistrate |

| | | Prasco, LLC d/b/a Prasco Labs; Pharmacia & UpJohn Co. LLC; Pharmacia LLC | | | Judge Alicia G. Rosenberg |
|---|---|---|---|---|---|
| 36. | Alicia Wilson | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs; Pharmacia & UpJohn Co. LLC; Pharmacia LLC | C.D. California | 5:24-cv-02524 | Judge Sunshine Suzanne Sykes and Magistrate Judge David T. Bristow |
| 37. | Kelly Wright | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco, LLC d/b/a Prasco Labs; Pharmacia & UpJohn Co. LLC; Pharmacia LLC | D. Massachusetts | 3:24-cv-30145 | Magistrate Judge Katherine A. Robertson |
| 38. | Sarah Young | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco Labs; Pharmacia & UpJohn | N.D. California | 4:24-cv-08679 | Magistrate Judge Kandis A. Westmore |

Dated: December 17, 2024  Respectfully submitted,

By: <u>*/s/ Joseph G. Petrosinelli*</u>

Joseph G. Petrosinelli
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
Tel. (202) 434-5000
Fax (202) 434-5029
Jpetrosinelli@wc.com

*Attorney for Pfizer, Inc.*