BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation | MDL Docket No. 3140 |

# **PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Response of Defendants Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC to Motion for Transfer and Schedule of Actions were served on all parties by email or U.S. Postal Service on December 23, 2024.

*Served via Email:*

Tracy Ann Finken
Thomas R. Anapol
Anapol Weiss
One Logan Square
130 N. 18th Street, Suite 1600
Philadelphia, PA 19103
(215) 735-1130
Fax: (215) 875-7731
tfinken@anapolweiss.com
tanapol@anapolweiss.com
**Counsel for Plaintiffs: Rachel Valera-Arceo and Fredi Valera-Arceo; Christine L. Armstrong and Ken Armstrong; Kathleen Fazio; Latosha White**

Paige Boldt
Anapol Weiss
6060 Center Drive, 10th Floor
Los Angeles, CA 90045
P: (424) 419-1634
pboldt@anapolweiss.com
**Counsel for Plaintiff: Kathleen Fazio; Latosha White**

Andrea Lynn Ciobanu, Esq.
Ciobanu Law, P.C. 902 E. 66th Street Indianapolis, IN 46220
P: (317) 495-1090
F: (866) 841-2071
aciobanu@ciobanulaw.com
**Counsel for Plaintiffs**: **Lesley Noble and Justin Noble; Shannon Beavers and Steven Randall Beavers; Lucinda Shirley; Kathryn Paulsen and Daniel Paulsen**

Melinda Davis Nokes
Weitz & Luxenberg, P.C.
1880 Century Park East, Suite 700
P: (310) 247-0921
F: (310) 786-9927
mnokes@weitzlux.com
**Counsel for Plaintiffs: Taylor Devorak; Tanya Edgerton; Latriece Love Goodlett and David Foster Goodlett; Monique Jones; Ajanna Lawson; Debra Morrow; Huyen Nguyen; Kristina Schmidt; Stacey Williams and Carey J. Williams**

Jeffrey S. Kanca
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
P: (212) 558-5500
jkanca@weitzlux.com
**Counsel for Plaintiff: Mary Melendez**

Ashleigh Raso, Esq.
Nigh Goldenberg Raso & Vaughn
14 Ridge Square NW
Third Floor
Washington, DC 20016
P: 612-656-8002
Email: araso@nighgoldenberg.com
**Counsel for Plaintiff: Monet Joseph; Mayra Valencia**

(Eddie) Jae K. Kim
Lynch Carpenter, LLP
117 E Colorado Blvd. Ste 600
P: (213) 723-0707
F: (858) 313-1850
ekim@lcllp.com
**Counsel for Plaintiff: Marisela Medina**

Tiffine E. Malaphy
Lynch Carpenter, LLP
Del Mar 1234 Camino Del Mar

Del Mar, CA 92014
P: (213) 723-0707
tiffine@lcllp.com
**Counsel for Plaintiff: Marisela Medina**

Thomas Christopher Pinedo
Robert C. Hillard
Bonnie J. Rickert
Anthony Godfrey
Hilliard Law
719 S Shoreline Blvd
Corpus Christi, TX 78401
P: (361) 244-2278
F: (361) 882-3015
cpinedo@hilliard-law.com
bobh@hilliard-law.com
brickert@hilliard-law.com
agodfrey@hilliard-law.com
**Counsel for Plaintiff: Jacqueline R. Romine**

Joel D. Henriod
Eglet Adams Eglet Ham Henriod
400 S. 7th Street, 4th Floor
Las Vegas, NV 89101
P: 702-450-5400
F: 702-450-5451
jhenriod@egletlaw.com
**Counsel for Plaintiffs: Tina Stephens-Smith and Harold Albert Smith III**

*Served via Email and Certified Mail:*

Christopher G. Paulos
Levin Papantonio Thomas Mitchell Rafferty and Proctor PA
316 South Baylen Street
Pensacola, FL 32502
P: 850-435-7142
F: 850-436-6142
cpaulos@levinlaw.com
**Counsel for Plaintiff: Alicia Wilson**

Stuart C. Talley
Kershaw Talley Barlow, PC.
401Watt Avenue, Suite 1
Sacramento, CA 95864
P: (916) 520-6639
stuart@ktblegal.com

**Counsel for Plaintiff: Mayra Valencia**

Robert T. Naumes, Jr.
The Law Office of Jeffrey S. Glassman
One International Place, 18th Floor
Boston, MA 02110
P: 617-367-2900
F: 617-722-9999
bnaumes@jeffreysglassman.com
**Counsel for Plaintiff: Kelly Wright**

Bryan F. Aylstock
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
P: (850) 916-7450
baylstock@akolaw.com
**Counsel for Plaintiff: Donna Toney**

Brandon D. Henry
Patricia Campbell
Thomas P. Cartmell
Wagstaff & Cartmell
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
P: (816)701-1100
F: (816)531-2372
bhenry@wcllp.com
tcampbell@wcllp.com
tcartmell@wcllp.com
**Counsel for Plaintiff: Michelle Rowland**

Christopher A. Seeger
Seeger Weiss LLP
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
P: (973) 639-9100
F: (973)639-9393
cseeger@seegerweiss.com
**Counsel for Plaintiff: Shala N. Roberts**

Jennifer R. Liakos
Liakos Law, APC
955 Deep Valley Drive, Suite 3900
Palos Verdes Peninsula, CA 90274
P: (310) 961-0066

Email: Jenn@jennliakoslaw.com
**Counsel for Plaintiff: Monet Joseph**

Michael A. Akselrud
Lanier Law Firm
2829 Townsgate Rd.
Suite 100
Westlake Village, CA 91361
P: 310-760-1228
michael.akselrud@lanierlawfirm.com
**Counsel for Plaintiffs: Laurie Light; Stephanie Thomas**

D. Bruce Kehoe
Wilson, Kehoe, Winingham LLC
2859 North Meridian Street
Indianapolis, IN 46208
P: (317) 920-6400
F: (317) 920-6405
kehoe@wkw.com
**Counsel for Plaintiff: Amanda Hollinger**

Kiley Lynn Grombacher
Bradley Grombacher, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
P: (805) 270-7100
F: (805) 618-2939
kgrombacher@bradleygrombacher.com
**Counsel for Plaintiff: Kimberly Franzi**

Cynthia L. Garber
Onderlaw, LLC
12 Corporate Plaza Drive, Suite 275
Newport Beach, CA 92660
P: (949) 688-1799
F: (949) 209-5844
garber@onderlaw.com
**Counsel for Plaintiffs: Cynthia Alves; Dusty Carroll; Faith Lowery; Jennifer Hudson; Jamie Grubensky; Sarah Young**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
P: 213-808-5700
jay.bhimani@dechert.com

**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Mary Ann L Wymore
UB Greensfelder LLC
10 South Broadway, Suite 2000
Saint Louis, MO 63102
P: 314-516-2662
F: 314-345-5488
mwymore@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
P: 415-615-6005
george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

|  |  |
|---|---|
| Dated: December 23, 2024 | /s/ Joseph G. Petrosinelli |
|  | Joseph G. Petrosinelli<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue S.W.<br>Washington, DC 20024<br>Tel. (202) 434-5000<br>Fax (202) 434-5029<br>Jpetrosinelli@wc.com |
|  | *Attorney for Pfizer Inc.* |

6