## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION

MDL No.  3140

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing document was served on all parties in the following cases electronically via ECF, or as indicated below, on December 30, 2024:

*Kristina Schmidt v. Pfizer Inc., et al.,* **N.D. California, C.A. No. 3:24-cv-06875-VC**

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.
Washington, DC 20024
202-434-5000
Email: jpetrosinelli@wc.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

---

*Kathleen Fazio v. Pfizer Inc., et al.,* **C.D. California, C.A. No. 5:24-cv-02285-JLS-AGR**
<u>Served via Email</u>
Tracy A. Finken
Thomas Anapol
Anapol Weiss
One Logan Square
130 N. 18th Street, Suite 1600
Philadelphia, PA 19103
(215) 735-1130
Email: tfinken@anapolweiss.com
Email: tanapol@anapolweiss.com
*Counsel for Plaintiff*

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.
Washington, DC 20024
202-434-5000
Email: jpetrosinelli@wc.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler

Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

---

***Mayra Valencia v. Pfizer Inc., et al.,*** **E.D. California, C.A. No. 1:24-cv-01346-HBK**
<u>**Served via Email**</u>
Ashleigh Raso
Nigh Goldenberg Raso & Vaughn
14 Rudge Square, NW, Third Floor
Washington, DC 20016
(612) 656-8002
araso@nighgoldenberg.com
**Counsel for Plaintiff**

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.
Washington, DC 20024
202-434-5000
Email: jpetrosinelli@wc.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933

415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

---

*Rachel Valera-Arceo, et al. v. Pfizer Inc., et al.,* **N.D. California, C.A. No. 3:24-cv-08312-TSH**

<u>**Served via Email**</u>
Tracy A. Finken
Thomas Anapol
Anapol Weiss
One Logan Square
130 N. 18th Street, Suite 1600
Philadelphia, PA 19103
(215) 735-1130
Email: tfinken@anapolweiss.com
Email: tanapol@anapolweiss.com
*Counsel for Plaintiff*

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.

Washington, DC 20024
202-434-5000
Email: jpetrosinelli@wc.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

---

*Ajanna Lawson v. Pfizer Inc., et al.,* **N.D. California, C.A. No.: 3:24-cv-07303-VC**

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.
Washington, DC 20024
202-434-5000
Email: jpetrosinelli@wc.com

**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

---

*Monique Jones v. Pfizer Inc., et al.,* **C.D. California, C.A. No.: 2:24-cv-09195-JLS-AGR**

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.
Washington, DC 20024
202-434-5000
Email: jpetrosinelli@wc.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

---

*LaTosha White v. Pfizer Inc., et al.*, C.D. California, C.A. No. 5:24-cv-02379-JLS-AGR
**Served via Email**
Tracy A. Finken
Thomas Anapol
Anapol Weiss
One Logan Square
130 N. 18th Street, Suite 1600
Philadelphia, PA 19103
(215) 735-1130
Email: tfinken@anapolweiss.com
Email: tanapol@anapolweiss.com
***Counsel for Plaintiff***

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.
Washington, DC 20024
202-434-5000
Email: jpetrosinelli@wc.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

---

*Taylor Devorak v. Pfizer Inc., et al.,* **C.D. California, C.A. No.: 5:24-cv-02349-JGB-SP**

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.

Washington, DC 20024
202-434-5000
Email: jpetrosinelli@wc.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

_____

*Taylor Grubensky v. Pfizer Inc., et al.,* **N.D. California, C.A. No. 4:24-cv-08746-LJC**

<u>**Served via Email**</u>
Cynthia L. Garber
OnderLaw, LLC
12 Corporate Plaza Drive, Suite 275
Newport Beach, CA 92660

949-688-1799
garber@onderlaw.com
*Counsel for Plaintiff*

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.
Washington, DC 20024
202-434-5000
Email: jpetrosinelli@wc.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

_____

*Cynthia Alves v. Pfizer Inc., et al.,* **C.D. California, C.A. No. 2:24-CV-10679-DSF-MAR**

**Served via Email**
Cynthia L. Garber
OnderLaw, LLC
12 Corporate Plaza Drive, Suite 275
Newport Beach, CA 92660
949-688-1799
garber@onderlaw.com
*Counsel for Plaintiff*

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.
Washington, DC 20024
202-434-5000
Email: jpetrosinelli@wc.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400

Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

---

*Faith Lowery v. Pfizer Inc., et al.,* **E.D. California, C.A. No. 1:24-cv-01511-SKO**

**Served via Email**
Cynthia L. Garber
OnderLaw, LLC
12 Corporate Plaza Drive, Suite 275
Newport Beach, CA 92660
949-688-1799
garber@onderlaw.com
*Counsel for Plaintiff*

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.
Washington, DC 20024
202-434-5000
Email: jpetrosinelli@wc.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071

213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

---

*Kelly Wright v. Pfizer Inc., et al.,* **D. Massachusetts, C.A. No. 3:24-cv-30145-KAR**

<u>Served via Email</u>
Robert T. Naumes, Jr.
Jeffrey Glassman Injury Lawyers
One International Place, 18th Floor
Boston, MA 02110
617-777-7777
bnaumes@jeffreyglassman.com

Douglass A. Kreis
Aylstock, Witkin, Kreis & Overholtz PLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
850-202-1010
dkreis@awkolaw.com

**Counsel for Plaintiff**

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.
Washington, DC 20024
202-434-5000
Email: jpetrosinelli@wc.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933

415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

_____

*Sara Young v. Pfizer Inc., et al.,* **N.D. California, C.A. No. 4:24-CV-08679-KAW**

**<u>Served via Email</u>**
Cynthia L. Garber
OnderLaw, LLC
12 Corporate Plaza Drive, Suite 275
Newport Beach, CA 92660
949-688-1799
garber@onderlaw.com
*Counsel for Plaintiff*

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.
Washington, DC 20024
202-434-5000
Email: jpetrosinelli@wc.com

**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

_____

*Dusty Carroll v. Pfizer Inc., et al.,* **C.D. California, C.A. No. 5:24-cv-02626-SSS-SP**

<u>**Served via Email**</u>
Cynthia L. Garber
OnderLaw, LLC
12 Corporate Plaza Drive, Suite 275
Newport Beach, CA 92660
949-688-1799
garber@onderlaw.com
*Counsel for Plaintiff*

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.
Washington, DC 20024
202-434-5000
Email: jpetrosinelli@wc.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

_____

*Huyen Nguyen v. Pfizer Inc., et al.,* **N.D. California, C.A. No. 3:24-cv-07699-VC**

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.

Washington, DC 20024
202-434-5000
Email: jpetrosinelli@wc.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

---

***Stacey Williams and Carey J. Williams v. Pfizer Inc., et al.,*** **C.D. California, C.A. No. 8:24-cv-02457-JLS-AGR**

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.
Washington, DC 20024

202-434-5000
Email: jpetrosinelli@wc.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

---

*Tanya Edgerton v. Pfizer Inc., et al.*, S.D. California, C.A. No. 3:24-cv-02167-LL-KSC

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.
Washington, DC 20024
202-434-5000
Email: jpetrosinelli@wc.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

---

*Latriece Love Goodlett and David Foster Goodlett v. Pfizer Inc., et al.,* **N.D. California, C.A. No. 4:24-cv-08223-KAW**

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.
Washington, DC 20024
202-434-5000
Email: jpetrosinelli@wc.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

---

*Debra Morrow v. Pfizer Inc., et al.*, C.D. California, C.A. No. 2:24-cv-10060-SB-MAR

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.
Washington, DC 20024
202-434-5000
Email: jpetrosinelli@wc.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933

415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

---

*Jennifer Hudson v. Pfizer Inc., et al.*, **E.D. California, C.A. No. 2:24-cv-03441-SCR**

<u>**Served via Email**</u>
Cynthia L. Garber
OnderLaw, LLC
12 Corporate Plaza Drive, Suite 275
Newport Beach, CA 92660
949-688-1799
garber@onderlaw.com
*Counsel for Plaintiff*

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.
Washington, DC 20024
202-434-5000
Email: jpetrosinelli@wc.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

---

*Monet Joseph v. Pfizer Inc., et al.* C.D. California, C.A. No. 2:24-cv-10173-FMO-AS

**Served via Email**
Ashleigh Raso
Nigh Goldenberg Raso & Vaughn
14 Rudge Square NW
Third Floor
Washington, DC 20016
(612) 656-8002
araso@nighgoldenberg.com
***Counsel for Plaintiff***

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.
Washington, DC 20024
202-434-5000
Email: jpetrosinelli@wc.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

---

*Hollinger v. Pfizer Inc., et al.* **– N.D. Indiana, C.A. No. 3:24-cv-00980-CCB-SJF**

**Served via Email**
D. Bruce Kehoe
W. Kent Winingham

Emily K. Chimenti
Wilson Kehoe Winingham LLC
2859 N. Meridian Street
Indianapolis, IN 46208
kehoe@wkw.com
echimenti@wkw.com
**Counsel for Plaintiff**

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.
Washington, DC 20024
202-434-5000
Email: jpetrosinelli@wc.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com

**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

---

*Kimberly Franzi v. Pfizer Inc., et al.,* **N.D. California, C.A. No. 3:24-cv-08372-JD**

<u>**Served via Email**</u>
Kiley Linn Grombacher
Bradley Grombacher, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
(805) 618-2939
Kgrombacher@bradleygrombacher.com
*Counsel for Plaintiff*

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Main Avenue S.W.
Washington, DC 20024
202-434-5000
Email: jpetrosinelli@wc.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

George John Gigounas
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 941045-2933
415-615-6005
Email: george.gigounas@us.dlapiper.com
**Counsel for Defendants: Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

Clem C. Trischler
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816
Email: cct@pietragallo.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Jay Bhimani
Dechert LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700
Email: jay.bhimani@dechert.com
**Counsel for Defendants: Viatris Inc. and Greenstone LLC**

Paul J. (P.J.) Cosgrove
UB Greensfelder LLC
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
513-698-5000
Email: PCosgrove@UBGLaw.com
**Counsel for Defendant Prasco, LLC d/b/a Prasco Labs.**

_____

Dated: <u>December 30, 2024</u>                    Respectfully submitted,


                                                  <u>/s/ Ellen Relkin</u>

                                                  Ellen Relkin, Esq. ER-9536
                                                  **WEITZ & LUXENBERG, P.C.**
                                                  700 Broadway
                                                  New York, NY 10003
                                                  erelkin@weitzlux.com
                                                  Tel: 212- 558-5715
                                                  Fax: 212-344-5461

                                                  *Counsel for Plaintiffs Kristina Schmidt, Ajanna*
                                                  *Lawson, Monique Jones, Huyen Nguyen, Taylor*
                                                  *Devorak, Stacey Williams and Carey J. Williams,*
                                                  *Tanya Edgerton, Latriece Love Goodlett and David*
                                                  *Foster Goodlett, and Debra Morrow*