BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | MDL No. 3140 |

## NOTICE OF ERRATA

Plaintiffs Kristina Schmidt, Ajanna Lawson, Monique Jones, Huyen Nguyen, Taylor Devorak, Stacey Williams and Carey J. Williams, Tanya Edgerton, Latriece Love Goodlett and David Foster Goodlett, and Debra Morrow (collectively "Plaintiffs") respectfully submit this Notice of Errata to omit Plaintiffs Mary Melendez, Sheila Weekley, and Jason Weekley from the body and signature block of Plaintiffs' Reply in Support of Plaintiffs' Motion for an Order. The Melendez and Weekley Plaintiffs were not yet filed and therefore not included in Plaintiffs' initial Motion papers, and thus in accordance with the Clerk's directive they have been removed as reflected in the attached Exhibits.

Dated: January 2, 2025

Respectfully submitted,

/s/ *Ellen Relkin*
Ellen Relkin (ER-9536)

**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
erelkin@weitzlux.com
Tel: 212-558-5500
Fax: 212-344-5461

*Counsel for Plaintiffs Kristina Schmidt, Ajanna Lawson, Monique Jones, Huyen Nguyen, Taylor Devorak, Stacey Williams and Carey J. Williams, Tanya Edgerton, Latriece Love Goodlett and David Foster Goodlett, and Debra Morrow*