**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | MDL No. 3140 |

**REPLY IN SUPPORT OF MOTION FOR TRANSFER OF ACTIONS TO
THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 USC § 1407 FOR
COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to 28 U.S.C. § 1407 and Judicial Panel on Multi-District Litigation ("JPML") Rule 6.2, Plaintiffs Kristina Schmidt, Ajanna Lawson, Monique Jones, Huyen Nguyen, Taylor Devorak, Stacey Williams and Carey J. Williams, Tanya Edgerton, Latriece Love Goodlett and David Foster Goodlett, and Debra Morrow (hereinafter, "Plaintiffs") respectfully submit this Reply in Support of Plaintiffs' Motion for an Order transferring the currently filed cases as well as any cases subsequently filed involving similar facts or claims involving meningioma and depot medroxyprogesterone acetate ("tag-along cases"), to the Northern District of California before the Hon. William H. Orrick III or Judge Jon S. Tigar. Alternatively, the Hon. Josephine L. Staton, sitting in the Central District of California, would be an excellent choice as well. Each judge sits in the State of California, which is only one of two forums in the entire country where the MDL court will have a robust choice of bellwether cases to be tried. Defendants' preferred forum will encounter significant problems attaining agreement on bellwether plaintiffs as discussed in the moving papers and in more detail below.

Plaintiffs have modified their position and are now seeking the Central District in the alternative because they only learned on December 4, 2024, from a phone call by the Clerk's office in Santa Ana, that Judge Josephine Staton, who had been sitting in the Santa Ana Division of the Central District, was recently relocated to the Los Angeles courthouse. Judge Staton was assigned to the initial case filed in C.D. Cal. by the undersigned, *Monique Jones v. Pfizer, Inc., et al.*, No.

1