Dated: <u>December 30, 2024</u>

Respectfully Submitted,

<u>/s/ Ellen Relkin</u>

Ellen Relkin (ER-9536)
Brendan A. McDonough (BM-4172)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10023
Phone: (212) 558-5715
Fax: (212) 344-5461
erelkin@weitzlux.com
bmcdonough@weitzlux.com

Melinda Davis Nokes (MN-5556)
Weitz & Luxenberg, P.C.
1880 Century Park East, Suite 700
Los Angeles, CA 90067
Phone: (310) 247-0921
mnokes@weitzlux.com

*Counsel for Plaintiffs Kristina Schmidt, Ajanna Lawson, Monique Jones, Taylor Devorak, Huyen Nguyen, Stacey and Carey J. Williams, Tanya Edgerton, Latriece Love Goodlett and David Foster Goodlett, and Debra Morrow*