**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | MDL No. 3140 |

**PROOF OF SERVICE**

I hereby certify that the foregoing Notice of Errata and associated Attachments were served on all Parties via the Panel's CM/ECF electronic notification system.

Dated: January 2, 2025

Respectfully submitted,

/s/ Ellen Relkin

Ellen Relkin, Esq. ER-9536
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
erelkin@weitzlux.com
Tel: 212- 558-5715
Fax: 212-344-5461

*Counsel for Plaintiffs Kristina Schmidt, Ajanna Lawson, Monique Jones, Huyen Nguyen, Taylor Devorak, Stacey Williams and Carey J. Williams, Tanya Edgerton, Latriece Love Goodlett and David Foster Goodlett, and Debra Morrow*