UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE
ACETATE) PRODUCTS LIABILITY LITIGATION  MDL No. 3140

NOTICE OF MAJOR DEFICIENCY

The following deficiency is considered MAJOR:

Pleading No. 109 is out of time. Briefing in this matter closed on January 2, 2025.

(*See* Doc. No. 81 ("Parties in any potential tag-along action may file an Interested Party response, but must do so promptly, and in any event, no later than the Thursday prior to the hearing session at which the motion for transfer is to be heard by the Panel."))

See Panel Rule 6.3.

FOR THE PANEL:

_____
James V. Ingold
Clerk of the Panel