BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: DEPO-PROVERA
(DEPOT MEDROXYPROGESTERONE ACETATE)     MDL No. 3140
PRODUCTS LIABILITY LITIGATION

*Daniels v. Pfizer Inc., et al.*, Southern District of Illinois, Cause No. 3:25-cv-00188-NJR

## CERTIFICATE OF SERVICE

Pursuant to Rule 4.1 of the RULES OF PROCEDURE OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, I, Nicole Berg, hereby certify that I served a true and correct copy of the foregoing Notice of Appearance upon the Judicial Panel on Multidistrict Litigation and upon all counsel of record in this case via CM/ECF on this 21st day of February, 2025.

           */s/ Nicole Berg*