BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: DEPO-PROVERA
(DEPOT MEDROXYPROGESTERONE ACETATE)　　　　　　MDL No. 3140
PRODUCTS LIABILITY LITIGATION

*Daniels v. Pfizer Inc., et al.*, Southern District of Illinois, Cause No. 3:25-cv-00188-NJR

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-2)

Plaintiff in the above referenced case submits this Notice of Opposition to Conditional Transfer Order (CTO-2), and shows the following:

On February 14, 2025, the United States Judicial Panel on Multidistrict Litigation ("Panel") issued Conditional Transfer Order – 2 in MDL No. 3140. (Doc. No. 127.) The case styled *Daniels v. Pfizer Inc., et al.*, Southern District of Illinois, Cause No. 3:25-cv-00188-NJR, is listed as a "tag-along" action on the "Schedule of Actions," an attachment to the Notice of Related Actions filed by Defendants Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC. (Doc. No. 123, 123-1.) Plaintiff's deadline to file a Notice of Opposition to the CTO is February 21, 2025.

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff files this Notice of Opposition to CTO-2. The Defendants' removal of this action to the Southern District of Illinois is improper on multiple levels. The Forum Defendant Rule prohibits removal, and there is no diversity jurisdiction because Walgreens is a properly joined defendant. By filing this Notice on February 21, 2025, Plaintiff understands that her deadline to file a Motion to Vacate and a Memorandum in support thereof is March 7, 2025.

Dated: February 21, 2025        Respectfully submitted,

/s/ Nicole Berg

Nicole Berg (IL ARDC # 6305464)
ncb@kellerpostman.com
KELLER POSTMAN LLC
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
Facsimile: (312) 971-3502

*Attorney for Plaintiff*

2