BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: DEPO-PROVERA
(DEPOT MEDROXYPROGESTERONE ACETATE)     MDL No. 3140
PRODUCTS LIABILITY LITIGATION

*Daniels v. Pfizer Inc., et al.*, Southern District of Illinois, Cause No. 3:25-cv-00188-NJR

## AMENDED CERTIFICATE OF SERVICE

Pursuant to Rule 4.1 of the RULES OF PROCEDURE OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, I, Nicole Berg, hereby certify that on this 21st day of February 2025 I caused to be served true and correct copies of the Notice of Appearance (Dkt. 138) and Notice of Opposition to Conditional Transfer Order (CTO-2) (Dkt. 139) upon the Judicial Panel on Multidistrict Litigation and upon all counsel of record in this case via CM/ECF and electronically via email upon the following counsel for Walgreens Co., Inc.:

Erin Marie Pauley
Barnes & Thornburg , LLP - Chicago
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Tel: 317-446-3097
Email: erin.pauley@btlaw.com

John P. Cunningham
Brown & James, P.C. - Belleville
525 W. Main Street, Suite 200
Belleville, IL 62220
Tel: 618-235-5590
Fax: 618-355-5591
Email: jcunningham@bjpc.com

Sarah Jin
Barnes & Thornburg , LLP - Chicago
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Tel: 312-214-5645
Fax: 312-759-5646
Email: sarah.jin@btlaw.com

                                               */s/ Nicole Berg*