**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE:** Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation | MDL No. 3140 |

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

In accordance with Rule 6.2(d) of the Rules of Procedure of the United States Panel on Multidistrict Litigations, Defendants Pfizer Inc., Pharmacia LLC, and Pharmacia & Upjohn Company LLC write to notify you of the potential tag-along actions listed on the attached Schedule of Actions.

The docket sheet and complaints in theses action are attached. Proof of service on each party to these actions is also attached.

Respectfully submitted,

Dated: February 24, 2025

*/s/ Joseph G. Petrosinelli*

Joseph G. Petrosinelli
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
Tel. (202) 434-5000
Fax (202) 434-5029
Jpetrosinelli@wc.com

*Attorney for Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC*