**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

**IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION**

**MDL Docket No. 3140**

**SCHEDULE OF ACTIONS**

**Attachment to Notice of Potential Tag-along Actions of Defendants Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC**

| | Plaintiff(s) | Defendant(s) | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Michelle Sheffield and Robert Sheffield | Pfizer Inc.; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | E.D. Pennsylvania | 2:25-cv-00701 | Judge Paul S. Diamond |
| 2. | Sheryl Ernsberger and Dan Ernsberger | Pfizer Inc.; Viatris, Inc.; Greenstone LLC; Prasco Laboratories; and Pharmacia & Upjohn Co. LLC | N.D. Indiana | 3:25-cv-00150 | Judge Cristal C. Brisco and Magistrate Judge Scott J. Frankel |
| 3. | Jennifer Elder | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | M.D. Tennessee | 2:25-cv-00008 | Judge Waverly D. Crenshaw, Jr and Magistrate Judge Alistair Newbern |

| | | | | | |
|---|---|---|---|---|---|
| 4. | Toi Bond | Pfizer Inc.; Greenstone LLC; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | E.D. Missouri | 4:25-cv-00186 | Magistrate Judge Abbie Crites-Leoni |
| 5. | Laurie King | Pfizer Inc.; Viatris Inc.; Greenstone, LLC; Prasco, LLC d/b/a Prasco Labs; Pharmacia & Upjohn Co., LLC; and Pharmacia LLC | E.D. Wisconsin | 2:25-cv-00218 | Magistrate Judge Stephen C Dries |
| 6. | Katie Wood | Pfizer Inc.; Viatris Inc.; Greenstone, LLC; Prasco, LLC d/b/a Prasco Labs; Pharmacia & Upjohn Co., LLC; and Pharmacia LLC | S.D. Texas | 3:25-cv-00045 | Judge Jeffrey V Brown and Magistrate Judge Andrew M Edison |
| 7. | Doris Hobson | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Pharmacia & Upjohn Co. LLC; and Pharmacia LLC | W.D. Tennessee | 2:25-cv-02177 | Judge Mark S. Norris And Chief Magistrate Judge Tu M. Pham |
| 8. | Jessica Clowney | Pfizer Inc.; Viatris Inc.; Greenstone, LLC; Prasco, LLC d/b/a Prasco Labs; Pharmacia & Upjohn Co., LLC; and Pharmacia LLC | N.D. Mississippi | 3:25-cv-00054 | Judge Michael P. Mills And Magistrate Judge Jane M. Virden |

| | | | | | |
|---|---|---|---|---|---|
| 9. | Shayla Carmargo | Pfizer Inc.; Viatris Inc.; Greenstone, LLC; Prasco, LLC d/b/a Prasco Labs; Pharmacia & Upjohn Co., LLC; and Pharmacia LLC | N.D. Ohio | 1:25-cv-00334 | Judge Bridget Meehan Brennan |
| 10. | Theresa Martin and Patrick Martin | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco Laboratories; and Pharmacia & Upjohn Company LLC | N.D. Indiana | 4:25-cv-00012 | Judge James T. Moody and Magistrate Judge John E. Martin |
| 11. | Christine Denelsbeck | Pfizer Inc.; Viatris Inc.; Greenstone LLC; Prasco Laboratories; and Pharmacia & Upjohn Company LLC | W.D. Pennsylvania | 2:25-cv-00230 | Magistrate Judge Maureen P. Kelly |

Dated: February 24, 2025

Respectfully submitted,

By: */s/ Joseph G. Petrosinelli*

Joseph G. Petrosinelli
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
Tel. (202) 434-5000
Fax (202) 434-5029
Jpetrosinelli@wc.com

*Attorney for Pfizer Inc., Pharmacia & Upjohn Co.*

*LLC, and Pharmacia LLC*