BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | MDL No. 3140 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on February 24, 2025, an electronically filed copy of Notice of Potential Tag-Along Actions was filed with the Clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system and was electronically served on registered users through the CM/ECF system.

Dated: February 26, 2025

Respectfully submitted,

By: /s/ *Tara D. Sutton*
Tara D. Sutton (MN Bar No. 023199x)
Rashanda C. Bruce (MN Bar No. 0400019)
Julie A. K. Reynolds (MN Bar No. 0392426)
Trey Gunn (TN Bar No. 031366)

ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500
Fax: (612) 339-4181
TSutton@RobinsKaplan.com
RBruce@RobinsKaplan.com
JReynolds@RobinsKaplan.com
TGunn@RobinsKaplan.com

*Attorneys for Plaintiff Jennifer Elder*

4