BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: DEPO-PROVERA
(DEPOT MEDROXYPROGESTERONE ACETATE)        MDL No. 3140
PRODUCTS LIABILITY LITIGATION

**This Document Relates to:**
*Daniels v. Pfizer Inc., et al.*, Southern District of Illinois, Cause No. 3:25-cv-00188-NJR

## MOTION TO VACATE CONDITIONAL TRANSFER ORDER 2

Plaintiff moves this Panel to vacate Conditional Transfer Order 2 ("CTO-2"), issued in *Daniels v. Pfizer Inc., et al.*, Cause No. 3:25-cv-00188-NJR, pending in the Southern District of Illinois, which conditionally transferred this action to MDL 3140: *In Re: Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation*. In support of this Motion, Plaintiff attaches her Brief in Support of Motion to Vacate Conditional Transfer Order 2.

Dated: March 7, 2025                  Respectfully submitted,

                                               */s/ Nicole Berg*

                                               Nicole Berg (IL ARDC # 6305464)
                                               ncb@kellerpostman.com
                                               KELLER POSTMAN LLC
                                               150 N. Riverside Plaza, Suite 4100
                                               Chicago, Illinois 60606
                                               Telephone: (312) 741-5220
                                               Facsimile: (312) 971-3502

                                               *Attorney for Plaintiff*