# EXHIBIT 2

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **VICKI DANIELS,** <br><br> Plaintiff, <br><br> v. <br><br> **PFIZER, INC., GREENSTONE, LLC, VIATRIS INC., PRASCO, LLC, PHARMACIA LLC, PHARMACIA & UPJOHN COMPANY, LLC, and WALGREENS CO., INC.,** <br><br> Defendants. | Case No. |

**CONSENT TO REMOVAL**

Defendants Pfizer Inc., Pharmacia & Upjohn Company, LLC, and Pharmacia LLC, by and through undersigned counsel, and pursuant to 28 U.S.C. § 1446(b)(2)(A), with full reservation of any and all rights and defenses, hereby consent to the removal of the case styled *Vicki Daniels v. Pfizer Inc., et al.*, from the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois (Case No. 24LA1733), to the United States District Court for the Southern District of Illinois.

Dated this 7th day of February, 2025.

                                                      **FOX SMITH, LLC**

                                                      */s/ Bart C. Sullivan*
                                                      Bart C. Sullivan, #6198093
                                                      One South Memorial Drive, 12th Fl.
                                                      St. Louis, Missouri 63102
                                                      Tel.: (314) 588-7000
                                                      bsullivan@foxsmithlaw.com

                                                      *Attorneys for Pfizer Inc., Pharmacia*
                                                      *& Upjohn Company, LLC, and*
                                                      *Pharmacia LLC*

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VICKI DANIELS,** | CASE NO. |
| **Plaintiff,** | |
| v. | |
| **PFIZER, INC., GREENSTONE, LLC, VIATRIS INC., PRASCO, LLC, PHARMACIA LLC, PHARMACIA & UPJOHN COMPANY, LLC, and WALGREENS CO., INC.,** | |
| **Defendants.** | |

## CONSENT TO REMOVAL

Defendant Prasco, LLC, by its undersigned counsel, with full reservation of any and all rights and defenses, hereby consents to the removal of the case styled *Vicki Daniels v. Pfizer Inc., et al.*, from the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois (Case No. 24LA1733), to the United States District Court for the Southern District of Illinois.

Dated this 7th day of February, 2025.

UB GREENSFELDER LLP

By: _____
Donald K. Schoemaker, #06199062
Jarard P. Williams, #6344888
821 W. Highway 50, Suite 303
O'Fallon, IL 62269
618-257-7308 Phone
618-257-7353 Fax
dschoemaker@ubglaw.com
jwilliams@ubglaw.com
*Attorneys for Prasco, LLC*