# EXHIBIT 5

# U.S. District Court
## Southern District of Illinois (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:25-cv-00188-NJR

Daniels v. Pfizer, Inc. et al
Assigned to: Chief Judge Nancy J. Rosenstengel
Case in other court: St. Clair County, 24LA1733
Cause: 28:1332 Diversity-Product Liability

Date Filed: 02/07/2025
Jury Demand: Both
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/2025 | 23 | ORDER DENYING 8 Motion to Expedite Briefing Schedule and Ruling on Plaintiff's Emergency Motion to Remand. The Court's standard briefing schedule for motions to remand, as defined by the local rules, will be followed as to the pending Motion to Remand (Doc. 6). Defendants have 30 days from the date of service to respond to the Motion to Remand, and then Plaintiff has 14 days to submit a reply brief, if necessary. *See* SDIL-LR 7.1(b)(1). Signed by Chief Judge Nancy J. Rosenstengel on 2/11/2025. (kss) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 02/11/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/04/2025 13:46:32 | | | |
| **PACER Login:** | ncberg22 | **Client Code:** | NCB-DepoProvera |
| **Description:** | Docket Report | **Search Criteria:** | 3:25-cv-00188-NJR Starting with document: 23 Ending with document: 23 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |