# EXHIBIT 8

KSS,NOCNST

# U.S. District Court
## Southern District of Illinois (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:25-cv-00188-NJR

Daniels v. Pfizer, Inc. et al
Assigned to: Chief Judge Nancy J. Rosenstengel
Case in other court: St. Clair County, 24LA1733
Cause: 28:1332 Diversity-Product Liability

Date Filed: 02/07/2025
Jury Demand: Both
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2025 | 28 | ORDER GRANTING in part 24 Motion for Extension of Time to File Answer. For good cause shown and to promote judicial economy and preservation of resources, the Court EXTENDS the answer deadline by 60 days. The Court declines to wait until a decision is made by the Judicial Panel on Multidistrict Litigation as to transfer of this case to the newly formed Multidistrict Litigation, *In re Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation*, MDL No. 3140 (the "Depo-Provera MDL"), before Judge Casey Rodgers in the U.S. District Court for the Northern District of Florida. But the Court will temporarily extend the deadline to allow full briefing of the motion to remand. The Court ORDERS Defendants to file their answers or responsive pleadings to the removed complaint on or before April 15, 2025. (Answers due 4/15/2025). Signed by Chief Judge Nancy J. Rosenstengel on 2/14/2025. (kss) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 02/14/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/04/2025 13:47:23 | | | |
| **PACER Login:** | ncberg22 | **Client Code:** | NCB-DepoProvera |
| **Description:** | Docket Report | **Search Criteria:** | 3:25-cv-00188-NJR Starting with document: 28 Ending with document: 28 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |