# EXHIBIT 9

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: DEPO–PROVERA (DEPOT
MEDROXYPROGESTERONE ACETATE)
PRODUCTS LIABILITY LITIGATION         MDL No. 3140

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –2)**

On February 7, 2025, the Panel transferred 27 civil action(s) to the United States District Court for the Northern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2025). Since that time, no additional action(s) have been transferred to the Northern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable M. Casey Rodgers.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Florida and assigned to Judge Rodgers.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Florida for the reasons stated in the order of February 7, 2025, and, with the consent of that court, assigned to the Honorable M. Casey Rodgers.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*James V. Ingold*

James V. Ingold
Clerk of the Panel

**IN RE: DEPO−PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION**   MDL No. 3140

### SCHEDULE CTO−2 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 25−00636 | Evette Sandoval et al v. Pfizer Inc. et al |
| CAC | 8 | 25−00136 | Lisa Fabrizio v. Pfizer Inc. et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 25−00820 | Garcia et al v. Pfizer Inc. et al |
| **FLORIDA MIDDLE** | | | |
| FLM | 3 | 25−00133 | Dykes v. Pfizer, Inc. et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 1 | 25−20582 | LIMURA BARRETO v. Pfizer Inc et al |
| **GEORGIA MIDDLE** | | | |
| GAM | 4 | 25−00048 | STARLING v. PFIZER INC et al |
| **ILLINOIS SOUTHERN** | | | |
| ILS | 3 | 25−00188 | Daniels v. Pfizer, Inc. et al |
| **INDIANA NORTHERN** | | | |
| INN | 1 | 25−00039 | Curry v. Pfizer Inc et al |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 25−00276 | Stevenson v. Pfizer Inc et al |
| **NEBRASKA** | | | |
| NE | 8 | 25−00054 | Beutler et al v. Pfizer Inc. et al |
| **OHIO SOUTHERN** | | | |
| OHS | 3 | 25−00043 | Sirkin v. Pfizer, Inc. et al |

PENNSYLVANIA EASTERN

| PAE | 2 | 25–00561 | Burbidge et al v. Pfizer Inc et al |