BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: DEPO-PROVERA
(DEPOT MEDROXYPROGESTERONE ACETATE)          MDL No. 3140
PRODUCTS LIABILITY LITIGATION

**This Document Relates to:**
*Daniels v. Pfizer Inc., et al.*, Southern District of Illinois, Cause No. 3:25-cv-00188-NJR

## SCHEDULE OF ACTIONS

|   | Plaintiff | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1 | Vicki Daniels | Pfizer, Inc.; Greenstone LLC; Viatris, Inc.; Prasco, LLC; Pharmacia LLC; Pharmacia & Upjohn Company, LLC; Walgreens Co., LLC; | S. D. Ill. | 3:25-cv-00188-NJR | Chief Judge Nancy J. Rosenstengel |