## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: DEPO-PROVERA | |
| **(DEPOT MEDROXYPROGESTERONE ACETATE)** | **MDL No. 3140** |
| **PRODUCTS  LIABILITY LITIGATION** | |

*Daniels v. Pfizer Inc., et al.*, **Southern District of Illinois, Cause No. 3:25-cv-00188-NJR**

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Rule 4.1 of the RULES OF PROCEDURE OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, I, Nicole Berg, hereby certify that on **March 7, 2025** I caused to be served a true and correct copy of the foregoing *Motion To Vacate Conditional Transfer Order 2* upon the Judicial Panel on Multidistrict Litigation and upon all counsel of record in this case via CM/ECF or as indicated below.

| | |
|---|---|
| Bart C. Sullivan<br>Fox Smith, LLC<br>One South Memorial Drive<br>12th Floor<br>St. Louis, MO 63102<br>314-588-7000<br>Fax: 314-588-1965<br>Email: bsullivan@foxsmithlaw.com | **Counsel for Pfizer, Inc., Pharmacia LLC, and Pharmacia & Upjohn Company, LLC** |
| Andrew Lothson<br>Swanson, Martin & Bell, LLP<br>330 N. Wabash Ave.<br>Suite 3300<br>Chicago, IL 60611<br>312-321-9100<br>Email: alothson@smbtrials.com<br><br>Gary C. Pinter<br>Swanson, Martin et al-Edwardsville<br>103 West Vandalia Street<br>Suite 215<br>Edwardsville, IL 62025<br>618-655-3131<br>Fax: 618-655-3113<br>Email: gpinter@smbtrials.com | **Counsel for Viatris Inc. and Greenstone LLC** |
| Donald K. Schoemaker<br>UB Greensfelder LLP | **Counsel for Prasco, LLC** |

| | |
|---|---|
| 821 W. Highway 50<br>Suite 303<br>O'Fallon, IL 62269<br>618-257-7308<br>Fax: 618-257-7353<br>Email: dschoemaker@ubglaw.com | |
| **Served via Email**<br><br>Erin Marie Pauley<br>Barnes & Thornburg, LLP - Chicago<br>One North Wacker Drive, Suite 4400<br>Chicago, IL 60606<br>Tel: 317-446-3097<br>Email: erin.pauley@btlaw.com<br><br>John P. Cunningham<br>Brown & James, P.C. - Belleville<br>525 W. Main Street, Suite 200<br>Belleville, IL 62220<br>Tel: 618-235-5590<br>Fax: 618-355-5591<br>Email: jcunningham@bjpc.com<br><br>Sarah Jin<br>Barnes & Thornburg , LLP - Chicago<br>One North Wacker Drive, Suite 4400<br>Chicago, IL 60606<br>Tel: 312-214-5645<br>Fax: 312-759-5646<br>Email: sarah.jin@btlaw.com | **Counsel for Walgreens Co., Inc.** |

*/s/ Nicole Berg*